EXHIBIT A

| STATE OF MICHIGAN THIRD JUDICIAL CIRCUIT WAYNE COUNTY | SUMMONS | CASE NO. 26-008074-CB Hon.Annette J. Berry |
|---|---|---|

Court telephone no.: 313-224-4679

| Plaintiff's name(s), address(es), and telephone no(s) Aroma Imports, INC. | v | Defendant's name(s), address(es), and telephone no(s). Nerdy Nuts, LLC |
|---|---|---|
| Plaintiff's attorney, bar no., address, and telephone no Ryan Evan Hill 68445 26700 Lahser Rd Southfield, MI 48076 | | |

**Instructions:** Check the items below that apply to you and provide any required information. Submit this form to the court clerk along with your complaint and, if necessary, a case inventory addendum (form MC 21). The summons section will be completed by the court clerk.

## Domestic Relations Case

☐ There are no pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint.

☐ There is one or more pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint. I have separately filed a completed confidential case inventory (form MC 21) listing those cases.

☐ It is unknown if there are pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint.

## Civil Case

☐ This is a business case in which all or part of the action includes a business or commercial dispute under MCL 600.8035

☐ MDHHS and a contracted health plan may have a right to recover expenses in this case. I certify that notice and a copy of the complaint will be provided to MDHHS and (if applicable) the contracted health plan in accordance with MCL 400.106(4).

☐ There is no other pending or resolved civil action arising out of the same transaction or occurrence as alleged in the complaint.

☐ A civil action between these parties or other parties arising out of the transaction or occurrence alleged in the complaint has been previously filed in ☐ this court, ☐_____ Court, where it was given case number _____ and assigned to Judge _____.

The action ☐ remains ☐ is no longer pending.

Summons section completed by court clerk.

| SUMMONS |
|---|

**NOTICE TO THE DEFENDANT:** In the name of the people of the State of Michigan you are notified:
1. You are being sued.
2. **YOU HAVE 21 DAYS** after receiving this summons and a copy of the complaint to **file a written answer with the court** and serve a copy on the other party **or take other lawful action with the court** (28 days if you were served by mail or you were served outside this state).
3. If you do not answer or take other action within the time allowed, judgment may be entered against you for the relief demanded in the complaint.
4. If you require special accommodations to use the court because of a disability or if you require a foreign language interpreter to help you fully participate in court proceedings, please contact the court immediately to make arrangements.

| Issue date 5/13/2026 | Expiration date* 8/12/2026 | Court clerk Laverne Chapman |
|---|---|---|

Cathy M. Garrett- Wayne County Clerk.

*This summons is invalid unless served on or before its expiration date. This document must be sealed by the seal of the court.

MC 01 (3/23)  SUMMONS  MCR 1.109(D), MCR 2.102(B), MCR 2.103, MCR 2.104, MCR 2.105

## PROOF OF SERVICE

**TO PROCESS SERVER:** You must serve the summons and complaint and file proof of service with the court clerk before the expiration date on the summons. If you are unable to complete service you must return this original and all copies to the court clerk.

### CERTIFICATE OF SERVICE / NONSERVICE

☐ I served ☐ personally ☐ by registered or certified mail , return receipt requested, and delivery restricted to the addressee(copy of return receipt attached) a copy of the summons and the complaint, together with the attachments listed below, on:

☐ I have attempted to serve a copy of the summons and complaint, together with the attachments listed below, and have been unable to complete service on:

| Name | Date and time of service |
|---|---|
| | |
| Place or address of service | |
| Attachments (if any) | |

☐ I am a sheriff,deputy sheriff, bailiff, appointed court officer or attorney for a party.

☐ I am a legally competent adult who is not a party or an officer of a corporate party. I declare under the penalties of perjury that this certificate of service has been examined by me and that its contents are true to the best of my information, knowledge, and belief.

| Service fee $ | Miles traveled $ | Fee $ | | Signature |
|---|---|---|---|---|
| Incorrect address fee $ | Miles traveled $ | Fee $ | Total fee $ | Name (type or print) |

### ACKNOWLEDGMENT OF SERVICE

I acknowledge that I have received service of the summons and complaint, together with

_____ on _____

Attachments (if any)                                                 Date and time

_____ on behalf of _____

Signature

_____

MCL 600.1910, MCR 2.104, MCR 2.105

| STATE OF MICHIGAN<br>3rd JUDICIAL CIRCUIT<br>COUNTY OF WAYNE | VERIFICATION OF<br>BUSINESS COURT ELIGIBILITY<br>AND NOTICE OF ASSIGNMENT | CASE NO.<br>26-          -CB |
|---|---|---|

Court address: 2 Woodward Ave., Detroit, MI 48226

| Plaintiff(s)<br>Aroma Imports, INC. | v | Defendant(s)<br>Nerdy Nuts, LLC |
|---|---|---|

I am the attorney for the [check one] ☑ plaintiff ☐ defendant and per *MCR 2.114(B)(2) and MCR 2.114(D)* declare to the best of my information, knowledge, and belief that this case meets the statutory requirements to be assigned to the business court, *MCR 2.112(O),MCL 600.8031 et seq.*, and request assignment to the Business Court for the following reasons:

**[*Both Sections 1 and 2 must be completed to be accepted by the Court (check all that apply)*]**

1. **Parties.** This is a qualifying business or commercial dispute as defined by *MCL 600.8031(1)(c)* because,

☑ all of the parties are business enterprises

☐ one or more of the parties is a business enterprise and the other parties are its or their present or former owners, managers, shareholders, members, directors, officers, agents, employees, suppliers, or competitors, and the claims arise out of those relationships

☐ one of the parties is a non-profit organization, and the claims arise out of that party's organizational structure, governance, or finances

☐ It is an action involving the sale, merger, purchase, combination, dissolution, liquidation, organizational structure, governance, or finances of a business enterprise.

**AND**

2. **Actions.** This business or commercial action as defined by *MCL 600.8031(2)* involves,

☐ information technology, software, or website development, maintenance, or hosting

☐ the internal organization of business entities and the rights or obligations of shareholders, partners, members, owners, officers, directors, or managers

☑ contractual agreements or other business dealings, including licensing, trade secret, intellectual property, antitrust, securities, noncompete, nonsolicitation, and confidentiality agreements if all available administrative remedies are completely exhausted, including but not limited to, alternative dispute resolution processes prescribed in the agreements

☑ commercial transaction, including commercial bank transactions

☐ business or commercial insurance policies

☐ commercial real property

☐ other type of business or commercial dispute (explain):

| 05/13/2026 | | |
|---|---|---|
| Date | Signature | |
| | Ryan E. Hill | P68445 |
| | Name (type or print) | Bar no. |

**STATE OF MICHIGAN**
**IN THE 3rd CIRCUIT COURT**
**COUNTY OF WAYNE**
**CIVIL DIVISION**

**AROMA IMPORTS, INC.,**
     Plaintiff,

-v-
                                             **Case No. 26-    -CB**
                                             **Hon.**

**NERDY NUTS, LLC,**
**a foreign limited liability company,**
     Defendant.

---

**DETROIT LEGAL GROUP, PLLC**
Ryan E. Hill (P68445)
*Attorney for Plaintiff*
26700 Lahser Road, Suite 330
Southfield, MI 48033
(313) 962-4954
rhill@detroitlegalgroup.com

---

**COMPLAINT**

*There is no pending or resolved civil action arising out of the transaction or occurrence alleged in the complaint.*

**NOW COMES,** Plaintiff, Aroma Imports, Inc., by and through their counsel, **DETROIT LEGAL GROUP, PLLC**, in support of their Complaint, state the following:

**PARTIES AND JURISDICTION**

1. Plaintiff, Aroma Imports, Inc. ("Plaintiff"), is a Michigan corporation engaged in the business of importing, distributing, and selling food products, with principal business operations in Wayne County, Michigan.

1

2. Defendant, Nerdy Nuts, LLC ("Defendant"), is a foreign limited liability company, with its principal place of business located in Rapid City, South Dakota, and conducts business with Plaintiff in Wayne County, Michigan.

3. This Court has subject-matter jurisdiction because the amount in controversy exceeds $25,000.00, exclusive of costs, interest, and attorney fees.

4. This Court has personal jurisdiction over Defendant pursuant to MCL 600.715, because Defendant transacted business within the State of Michigan, entered into contractual and commercial relationships with Plaintiff, a Michigan company, purposefully availed itself of conducting business in Michigan, and the claims asserted herein arise directly from those contacts.

5. Venue is proper in this Court pursuant to MCL 600.1621 because a substantial part of the events, transactions, and omissions giving rise to this action occurred in Wayne County, Michigan.

## GENERAL ALLEGATIONS

6. On or about February of 2025, Plaintiff and Defendant began an ongoing commercial business relationship whereby Defendant regularly purchased food products from Plaintiff for resale and distribution.

7. Over the course of the parties' business relationship, Plaintiff supplied substantial quantities of goods to Defendant, and Defendant made numerous prior payments to Plaintiff for delivered products.

8. During the parties' course of dealing, the transactions between Plaintiff and Defendant exceeded Two Million Dollars ($2,000,000.00). **(See Attached Exhibit A, Account History Statement)**

9. As part of the parties' established business relationship, Plaintiff sold and delivered food products to Defendant including, but not limited to, pistachio cream, pistachio sauce, kataifi, and related products.

10. As part of the parties' course of dealing, certain products, including kataifi, were sourced through Plaintiff's established broker relationships with third-party suppliers, through which Plaintiff coordinated procurement, supply, and delivery on Defendant's behalf as part of its integrated supply chain.

11. Plaintiff performed its obligations by sourcing, preparing, packaging, shipping, and delivering products ordered by Defendant.

12. Defendant repeatedly accepted shipments of goods from Plaintiff, continued placing additional orders thereafter, and relied upon Plaintiff as a recurring supplier for Defendant's ongoing business operations.

13. The parties' course of dealing included agreed payment terms of fourteen (14) days, which Plaintiff later extended to approximately thirty (30) days as an accommodation to Defendant.

14. During the parties' discussions regarding the outstanding balances at issue in this Complaint, Defendant represented and assured Plaintiff that payment would be made and that Defendant had the ability to remit payment if necessary, including representations that payment could be provided if Plaintiff was in a difficult financial position. Despite these representations, when Plaintiff subsequently requested payment on overdue balances, Defendant failed and/or refused to remit payment. **(See Attached Exhibit B, Email Communications)**

3

15. Thereafter, at Defendant's repeated request for additional time, Plaintiff agreed as a business accommodation to extend certain invoice payment terms to approximately thirty (30) days, without waiving Plaintiff's right to timely payment thereafter. **(See Attached Exhibit B, Email Communications)**

16. On or about during the parties' final communications regarding payment, Defendant further represented that it would provide payment sooner than the extended terms previously discussed. Plaintiff communicated that payment was required sooner due to outstanding balances and operational needs; however, Defendant failed to follow through on such representations and ceased responding to payment requests.

17. Despite these accommodations and representations regarding payment, Defendant failed to make payments within the extended or promised timeframes, ignored Plaintiff's requests for payment after acknowledging its ability to pay, and continued to delay payment while maintaining outstanding balances.

18. Plaintiff repeatedly requested that Defendant either remit payment on overdue invoices or provide a written payment plan for the outstanding balance.

19. Defendant failed and/or refused to provide an acceptable written payment plan and did not bring the account current.

20. As a direct result of Defendant's failure to remit payment and failure to respond to Plaintiff's requests for a payment timeline, Plaintiff placed a hold on future shipments to Defendant.

21. Upon information and belief, after being notified of said shipment hold, Defendant, on or about the same day, began circumventing Plaintiff's supplier relationships by

4

directly contacting Plaintiff's manufacturer in an effort to obtain product outside of Plaintiff's supply chain.

22. On or about January and February of 2026, Plaintiff sold and delivered additional goods to Defendant pursuant to multiple invoices, including but not limited to Invoice Nos. 5688, 5689, 5692, 5693, 5706, 5708, 5721, and 5748. **(See Attached Exhibit C, Open Invoices and Account Statement)**

23. The goods reflected in said invoices were shipped to Defendant in South Dakota and accepted at Defendant's facilities and/or receiving locations. **(See Attached Exhibit D, Proofs of Delivery)**

24. Defendant did not reject the goods upon delivery, did not return the goods, and instead retained and utilized the products in its operations, thereby accepting the goods under the parties' course of dealing.

25. After receiving and accepting said goods, Defendant failed to remit full payment for the amounts due and owing under the invoices. **(See Attached Exhibit C, Open Invoices and Account Statement)**

26. After substantial balances became due, Defendant began raising post-delivery objections as a basis to delay or avoid payment.

27. Upon information and belief, Defendant used such post-delivery objections as a pretext to delay, reduce, or avoid payment of outstanding balances that had already accrued for goods previously ordered, shipped, delivered, and accepted.

28. Prior to withholding payment, Defendant had engaged in an extended course of dealing with Plaintiff involving repeated purchases of similar products, prior accepted shipments, and ongoing requests for additional supply.

5

29. Defendant continued requesting product information, nutrition facts, specifications, shipment timing, and future inventory while outstanding balances remained unpaid. **(See Attached Exhibit B, Email Communications)**

30. Defendant thereafter made only a partial payment in the amount of Seventy-Five Thousand Dollars ($75,000.00), which was applied to the outstanding balance.

31. Upon information and belief, said payment was made in connection with Defendant's efforts to secure release of shipments through Plaintiff's broker relationship for kataifi supply, after the broker required Defendant to begin making payments to Plaintiff as a condition of continuing supply.

32. Despite this, Defendant failed to bring the account current and instead continued efforts to obtain product outside of Plaintiff's supply chain while withholding substantial sums owed, further demonstrating that Defendant's nonpayment was not based on any legitimate product concern, but rather a refusal to satisfy its payment obligations.

33. As a result, Defendant remains indebted to Plaintiff in the amount exceeding Three Hundred Thirty-Eight Thousand Three Hundred Forty-Eight Dollars and Twenty-Four Cents ($338,348.24), exclusive of statutory interest, costs, attorney fees, and additional damages.

34. Defendant's failure to pay for goods ordered, delivered, and accepted has caused Plaintiff substantial financial harm, lost business opportunities, carrying costs, and other damages in an amount to be determined.

35. In reliance upon Defendant's repeated orders, projected growth, and continuing supply demands, Plaintiff committed substantial inventory, warehouse capacity, labor, shipping resources, and supplier relationships to support Defendant's expanding

6

business needs. **(See Attached Exhibit B, Email Communications; Exhibit E, Text Messages Regarding Orders and Shipment Demands)**

36. Plaintiff further worked with Defendant to scale Defendant's product throughout, assisted with supply continuity for Defendant's retail growth, helped source key ingredients and suppliers, and supported Defendant's ability to service major retail opportunities, including Target-related demand. **(See Attached Exhibit B, Email Communications; Exhibit E, Text Messages Regarding Orders and Shipment Demands)**

37. Plaintiff warned Defendant that pistachio pricing was subject to market increases due to commodity conditions, including reduced crop yield in Turkey, and proposed measures intended to mitigate future price increases, including advance commitments and down payments, which Defendant declined. **(See Attached Exhibit B, Email Communications; Exhibit F, Pistachio Crème Full Usage Projections)**

38. Thereafter, Defendant began delaying payment, extending terms after sales had already occurred, and withholding payment while commodity pricing increased, thereby impairing Plaintiff's ability to continue supplying Defendant under stable conditions. **(See Attached Exhibit B, Email Communications; Exhibit C, Open Invoices and Account Statement)**

39. Plaintiff has sustained additional damages including lost profit opportunities, stranded inventory exposure, increased freight and tariff costs, disrupted operations, lost customer opportunities, and other consequential business losses in amounts to be proven. **(See Attached Exhibit F, Pistachio Crème Full Usage Projections; Exhibit**

7

**G, Kataifi Profit Loss - Post Circumvention; Exhibit H, Kataifi Profit Loss Historical Averages)**

40. That as a result of Defendant's conduct, Plaintiff has been damaged as aforesaid.

## COUNT I: BREACH OF CONTRACT

41. Plaintiff hereby incorporates and re-alleges each and every allegation set forth in the preceding paragraphs as though fully restated herein.

42. A party asserting a breach of contract must establish: (1) the existence of a valid contract; (2) breach of the contract by the opposing party; and (3) resulting damages. *Miller-Davis Co v Ahrens Constr., Inc.*, 495 Mich 161, 178; 848 NW2d 95 (2014).

43. Additionally, a valid contract may be formed through written agreements, invoices, purchase orders, communications, and the parties' course of dealing, where there is mutual assent to the essential terms of the transaction. *Hess v Cannon Twp*, 265 Mich App 582, 592; 696 NW2d 742 (2005).

44. On or about February of 2025, Plaintiff and Defendant entered into a valid and enforceable commercial agreement and ongoing business relationship whereby Defendant repeatedly ordered food products from Plaintiff, including but not limited to pistachio cream, pistachio sauce, kataifi, white chocolate pearls, and related products, and Plaintiff agreed to source, supply, ship, and deliver such goods in exchange for payment pursuant to agreed invoice terms.

45. Thereafter, the parties engaged in repeated commercial transactions throughout 2025 and into 2026 totaling in excess of Two Million Dollars ($2,000,000.00). **(See Attached Exhibit A, Account History Statement; Exhibit B, Email Communications; Exhibit C, Open Invoices and Account Statement)**

8

46. The material terms of the parties' agreement included:

   a. Plaintiff would source, prepare, package, ship, and/or deliver goods ordered by Defendant;

   b.  Defendant would accept and pay for the goods ordered;

   c. Payment would be made pursuant to the agreed invoice terms, originally fourteen (14) days and later extended on certain invoices to approximately thirty (30) days as an accommodation to Defendant; and

   d. Defendant would remit payment for goods delivered and accepted without imposing new unilateral conditions after delivery. **(See Attached Exhibit B, Email Communications; Exhibit C, Open Invoices and Account Statement; Exhibit D, Proofs of Delivery)**

47. Plaintiff fully performed its obligations under the parties' agreement by procuring inventory, preparing product, arranging transportation, shipping goods, and causing the ordered products to be delivered to Defendant.

48. After substantial balances became due, Defendant began raising post-delivery objections in an effort to justify its refusal to pay amounts already due and owing.

49. Defendant accepted the benefits of Plaintiff's performance, including repeated shipments of commercial product used for Defendant's resale, production, and retail operations.

50. Defendant's acceptance of goods is evidenced by, among other things, proofs of delivery, receipt confirmations, continued reorders, subsequent shipment requests, and Defendant's ongoing communications regarding inventory and future supply. **(See Attached Exhibit D, Proofs of Delivery)**

9

51. Despite Plaintiff's full performance, Defendant materially breached the parties' agreement by failing and refusing to pay amounts due for goods ordered, shipped, delivered, and accepted.

52. At Defendant's request, Plaintiff arranged for lab testing of certain products, including testing performed in Turkey for purposes of providing nutrition facts and product specifications required by Defendant.

53. Upon information and belief, Defendant thereafter used such information, which was provided in the course of the parties' business relationship, in connection with efforts to obtain similar product through alternative suppliers, including entities such as JPG Resources in Battle Creek, Michigan, further evidencing Defendant's efforts to circumvent Plaintiff's supply chain.

54. Specifically, after Plaintiff sold, shipped, and delivered goods requested by Defendant in January and February of 2026, Defendant failed to pay the balances due under Invoice Nos. 5688 (remaining balance $15,450.00 after partial payment), 5689 ($5,800.00), 5692 ($7,250.00), 5693 ($7,250.00), 5706 ($112,800.00), 5708 ($44,450.00), 5721 ($144,396.24), and 5748 ($952.00), for a total outstanding balance of approximately $338,348.24. **(See Attached Exhibit C, Open Invoices and Account Statement)**

55. Defendant's asserted objections were raised only after Defendant had already accepted substantial shipments, continued ordering product, and benefited from Plaintiff's performance.

56. Said objections were raised only after Defendant had already accepted substantial shipments, continued ordering product, and benefited from Plaintiff's supply relationship.

57. Defendant's representations that it could remit payment if needed and would provide payment sooner than agreed terms, followed by its failure to do so and subsequent refusal to respond to payment requests, further evidence Defendant's bad faith and material breach of the parties' agreement.

58. Rather than remit payment when due, Defendant repeatedly requested additional time beyond the parties' agreed terms, despite Plaintiff already extending payment terms as a business accommodation.

59. Thereafter, after substantial product had been delivered and accepted, Defendant attempted to further delay payment by raising new conditions not previously agreed upon, including requests for additional testing, proposed deductions, and other contingencies tied to Defendant's own downstream business operations. **(See Attached Exhibit B, Email Communications)**

60. At no time did Plaintiff agree that Defendant could withhold payment for all delivered goods, offset alleged costs unilaterally, or suspend payment obligations on unrelated invoices based upon later-raised objections concerning certain products.

61. Defendant's partial payment of Seventy-Five Thousand Dollars ($75,000.00), which was applied to Invoice No. 5688 and reduced that invoice's balance to $15,450.00, confirms Defendant's acknowledgment that amounts were legitimately due and owing to Plaintiff, even while Defendant continued to withhold payment on the remaining

11

outstanding invoices. **(See Attached Exhibit C, Open Invoices and Account Statement)**

62. As a direct and proximate result of Defendant's breach, Plaintiff has suffered damages including, but not limited to:

    a.  Unpaid invoice balances presently totaling exceeding $338,348.24;

    b.  Loss of the benefit of the bargain;

    c.  Loss of use of funds wrongfully withheld;

    d.  Carrying costs, inventory costs, and operational expenses incurred in reliance on Defendant's orders;

    e.  Lost profits and lost future commercial opportunities arising from the disruption of the parties' established supply relationship;

    f.  Increased sourcing, freight, tariff, and logistics costs caused by Defendant's nonpayment and refusal to proceed with planned shipments;

    g.  Consequential commercial damages allowed by law;

    h.  Interest, costs, and attorney fees where recoverable.

63. Defendant's breach was substantial, material, and without legal justification.

64. That as a result of Defendant's conduct, Plaintiff has been damaged as aforesaid.

## COUNT II: ACCOUNT STATED/OPEN ACCOUNT

65. Plaintiff hereby incorporates and re-alleges each and every allegation set forth in the preceding paragraphs as though fully restated herein.

66. An account stated arises where parties who have had prior financial transactions agree, expressly or impliedly, that a stated balance is accurate and due, and the debtor fails to

timely object to that balance. *Fisher Sand & Gravel Co v Neal A Sweebe, Inc.*, 494 Mich 543, 557; 837 NW2d 244 (2013).

67. Additionally, an open account exists where there is an ongoing series of credit transactions, charges, invoices, payments, and debits between parties arising out of a continuing commercial relationship. *Fisher Sand & Gravel Co v Neal A Sweebe, Inc.*, 494 Mich 543, 551-552; 837 NW2d 244 (2013);

68. On or about February of 2025, Plaintiff and Defendant began a continuous commercial course of dealing whereby Defendant regularly placed orders for food products from Plaintiff, Plaintiff issued invoices for those orders, Plaintiff shipped and delivered the requested goods to Defendant, Defendant made payments on numerous prior invoices, and the parties continued this recurring business relationship through 2025 and into 2026. **(See Attached Exhibit A, Account History Statement)**

69. On numerous occasions throughout the parties' relationship, Plaintiff issued invoices and account statements reflecting amounts due for products ordered by Defendant, shipped by Plaintiff, delivered to Defendant, and accepted without timely rejection. **(See Attached Exhibit A, Account History Statement; Exhibit C, Open Invoices and Account Statement)**

70. Defendant made numerous prior payments on Plaintiff's invoices over the course of the relationship, thereby acknowledging the validity of the invoicing process, the account structure, and the obligation to pay stated balances when due. **(See Attached Exhibit A, Account History Statement)**

71. On or about January and February of 2026, Plaintiff's invoices and account records reflected that Defendant had failed to pay balances due for goods previously sold,

13

shipped, delivered, and accepted, including amounts due under Invoice Nos. 5688, 5689, 5692, 5693, 5706, 5708, 5721, and 5748.

72. During that same time period, Plaintiff repeatedly notified Defendant of the overdue balances, provided updated account statements, and demanded payment of the outstanding sums due and owing.

73. On or about January and February of 2026, rather than pay the stated balances in full, Defendant sought additional time for payment, continued requesting product and supply information, and made only a partial payment of $75,000.00 while leaving the remaining balances unpaid. **(See Attached Exhibit B, Email Communications; Exhibit C, Open Invoices and Account Statement)**

74. After substantial balances had accrued, Defendant began raising post-delivery objections as a basis to withhold payment of amounts already due and owing on the outstanding account.

75. Said objections did not negate the balance reflected on Plaintiff's stated account for goods that had already been ordered, shipped, delivered, accepted, and invoiced, nor did Defendant timely reconcile the account or pay undisputed sums due.

76. Rather than dispute the invoices in good faith upon receipt, Defendant continued requesting product, sought additional time for payment, made only a partial payment of $75,000.00, and otherwise failed to satisfy the outstanding account balance. **(See Attached Exhibit B, Email Communications; Exhibit C, Open Invoices and Account Statement)**

77. As a result, Defendant remains indebted to Plaintiff on the stated and open account in an amount exceeding Three Hundred Thirty-Eight Thousand Three Hundred Forty-

Eight Dollars and Twenty-Four Cents ($338,348.24), representing unpaid balances for goods ordered by Defendant, shipped by Plaintiff, delivered to Defendant, accepted by Defendant, and not paid for despite repeated demands for payment. **(See Attached Exhibit C, Open Invoices and Account Statement)**

78. As a direct and proximate result of Defendant's failure to pay the stated and open account balance, Plaintiff has suffered damages including but not limited to the outstanding account balance, loss of use of funds, interest, carrying costs, and other economic damages.

79. That as a result of Defendant's conduct, Plaintiff has been damaged as aforesaid.

## COUNT III: UNJUST ENRICHMENT

80. Plaintiff hereby incorporates and re-alleges each and every allegation set forth in the preceding paragraphs as though fully restated herein.

81. To establish a claim for unjust enrichment, Plaintiff must show that Defendant received a benefit from Plaintiff and that it would be "inequitable for Defendant to retain that benefit without paying for it". *Morris Pumps v Centerline Piping, Inc.*, 273 Mich App 187, 195; 729 NW2d 898 (2006).

82. On or about February of 2025 and continuing through 2026, Plaintiff conferred substantial benefits upon Defendant by supplying commercial food products, extending credit, accommodating payment requests, arranging logistics, and devoting inventory, labor, and business resources to Defendant's ongoing orders. **(See Attached Exhibit A, Account History Statement; Exhibit B, Email Communications)**

83. Additionally, throughout the parties' relationship, Defendant received and benefited from repeated shipments of pistachio cream, pistachio sauce, kataifi, white chocolate

pearls, and related products used in Defendant's manufacturing, resale, customer fulfillment, and retail operations.

84. On or about January and February of 2026, Plaintiff provided additional goods to Defendant including, but not limited to, Turkish pistachio cream, Turkish pistachio butter, pistachio sauce, Athens raw kataifi, premium dry toasted kataifi, fresh kataifi, white chocolate coated puffed rice pearls, related shipping services, and freight associated with Invoice Nos. 5688, 5689, 5692, 5693, 5706, 5708, 5721, and 5748, all of which were shipped to and accepted by Defendant**. (See Attached Exhibit C, Open Invoices and Account Statement; Exhibit D, Proofs of Delivery)**

85. Defendant knowingly accepted and retained the benefits of Plaintiff's performance, including product inventory, supply continuity, production inputs, fulfillment capability, retail sales opportunities, and the commercial advantages derived from Plaintiff's continued willingness to supply product.

86. After Plaintiff had already extended credit, completed shipments, and issued invoices that became due, Defendant began asserting post-delivery objections as a basis to withhold payment.

87. Rather than identify and pay any undisputed balances, segregate any specific disputed shipment, or return product it did not intend to use, Defendant used such objections as a blanket basis to withhold payment while retaining the commercial value of Plaintiff's prior deliveries, supply commitments, and business accommodations.

88. It is inequitable for Defendant to retain the value of goods delivered, accepted, utilized, or made available through Plaintiff's performance without paying the reasonable value thereof.

16

89. Defendant has retained the benefit of products, inventory access, supply continuity, business opportunities, and commercial value generated through Plaintiff's performance while refusing to fully compensate Plaintiff.

90. As a direct and proximate result of Defendant's unjust retention of benefits, Plaintiff has suffered damages including but not limited to the unpaid value of goods conferred, loss of use of funds, carrying costs, and other economic damages.

91. That as a result of Defendant's conduct, Plaintiff has been damaged as aforesaid.

## COUNT IV: PROMISSORY ESTOPPEL

92. Plaintiff hereby incorporates and re-alleges each and every allegation set forth in the preceding paragraphs as though fully restated herein.

93. To establish promissory estoppel, Plaintiff must show: (1) a promise; (2) that the promisor should reasonably have expected to induce action or forbearance by the promisee; (3) that in fact produced reliance or forbearance; and (4) circumstances such that the promise must be enforced to avoid injustice. *Zaremba Equip, Inc v Harco Nat'l Ins Co*, 280 Mich App 16, 41; 761 NW2d 151 (2008).

94. On or about throughout 2025 and continuing into 2026, Defendant made repeated representations through its orders, requests for continuing supply, shipment scheduling, inventory demands, and payment-related assurances, including representations that it could remit payment if needed and would provide payment sooner than agreed terms, that Plaintiff would continue to be paid and remain Defendant's supplier.

95. Defendant's representations included, among other things, requests for additional shipments, discussions regarding future inventory needs, urgent requests tied to Defendant's customer and retail demand, requests for nutrition facts and product

17

specifications, and continued communications concerning ongoing product availability. **(See Attached Exhibit B, Email Communications)**

96. Defendant knew or reasonably should have expected that such representations and continued ordering activity would cause Plaintiff to act in reliance thereon by securing inventory, reserving product, allocating warehouse space, arranging freight, extending credit, and prioritizing Defendant's supply needs.

97. Plaintiff did in fact reasonably rely upon Defendant's promises and representations by committing inventory, labor, logistics resources, production planning, shipping arrangements, and business capacity for Defendant's benefit, including coordinating expedited and air-shipment options to meet Defendant's urgent product demands, reserving product for time-sensitive orders, incurring higher transportation and fulfillment costs to accelerate delivery, and prioritizing Defendant's inventory needs over other potential sales opportunities. **(See Attached Exhibit B, Email Communications; Exhibit E, Text Messages of Orders and Shipment Demands)**

98. After Plaintiff had materially relied upon Defendant's continued course of dealing and future supply expectations, including reserving product, coordinating expedited shipment options, extending credit, and prioritizing inventory for Defendant's anticipated orders, Defendant failed to pay accrued balances under Invoice Nos. 5688, 5689, 5692, 5693, 5706, 5708, 5721, and 5748, refused to bring the account current, raised post-delivery objections as a basis to avoid payment, and ceased honoring the reasonable commercial expectations created by its repeated orders, urgent supply demands, and ongoing assurances of continued business. **(See Attached Exhibit B,**

**Email Communications; Exhibit C, Open Invoices and Account Statement; Exhibit E, Text Messages Regarding Orders and Shipment Demands)**

99. As a direct result of Defendant's conduct, Plaintiff was left with unpaid invoices, committed inventory, stranded product, carrying costs, lost supply opportunities, disrupted customer relationships, lost future profits, increased logistics expenses, and other reliance-based damages in an amount to be proven.

100. That as a result of Defendant's conduct, Plaintiff has been damaged as aforesaid.

<u>**RELIEF REQUESTED**</u>

**WHEREFORE,** Plaintiff, Aroma Imports, Inc., respectfully requests this Honorable Court enter Judgment in its favor and against Defendant, Nerdy Nuts, LLC, and award Plaintiff damages in an excess of $25,000.00, including but not limited to unpaid invoice balances, lost profits, reliance damages, consequential damages, damages arising from cancelled and/or refused shipments, costs associated with inventory commitments made for Defendant, increased sourcing, freight, tariff, and logistics costs, carrying costs, and such other economic damages as may be proven at trial, together with pre-judgment interest, statutory interest, post-judgment interest, costs, reasonable attorney fees, and any other relief this Court deems equitable and just.

Respectfully submitted,

Dated: May 13, 2026                         */s/ Ryan E. Hill*

_____
DETROIT LEGAL GROUP, PLLC
Ryan E. Hill (P68445)
*Attorney for Plaintiff*
26700 Lahser Road, Suite 330
Southfield, MI 48033
(313) 962-4954

19

# EXHIBIT A

## Aroma Imports

| Type | Status | Delivery Method | Date | Customer |
|------|--------|-----------------|------|----------|
| Invoices | All statuses | Any | All | All |

| Date | Type | No. | Customer | Balance | Amount | Status |
|------|------|-----|----------|---------|--------|--------|
| 2/17/26 | Invoice | 5779 | Nerdy Nuts | $0.00 | $5,572.00 | Paid |
| 2/10/26 | Invoice | 5748 | Nerdy Nuts | $952.00 | $952.00 | Overdue on 2/18/26 |
| 2/6/26 | Invoice | 5744 | Nerdy Nuts | $0.00 | $5,800.00 | Paid |
| 1/30/26 | Invoice | 5722 | Nerdy Nuts | $0.00 | $5,800.00 | Paid |
| 1/29/26 | Invoice | 5721 | Nerdy Nuts | $144,396.24 | $144,396.24 | Overdue 52 days |
| 1/24/26 | Invoice | 5708 | Nerdy Nuts | $44,450.00 | $44,450.00 | Overdue 56 days |
| 1/20/26 | Invoice | 5706 | Nerdy Nuts | $112,800.00 | $112,800.00 | Overdue on 2/17/26 |
| 1/13/26 | Invoice | 5693 | Nerdy Nuts | $7,250.00 | $7,250.00 | Overdue on 2/13/26 |
| 1/13/26 | Invoice | 5692 | Nerdy Nuts | $7,250.00 | $7,250.00 | Overdue on 2/13/26 |
| 1/13/26 | Invoice | 5689 | Nerdy Nuts | $5,800.00 | $5,800.00 | Overdue on 1/27/26 |
| 1/13/26 | Invoice | 5688 | Nerdy Nuts | $15,450.00 | $90,450.00 | Overdue on 2/9/26 Partially paid, $15,450.00 due |
| 12/23/25 | Invoice | 5638 | Nerdy Nuts | $0.00 | $5,800.00 | Paid |
| 12/22/25 | Invoice | 5633 | Nerdy Nuts | $0.00 | $91,850.00 | Paid |
| 12/6/25 | Invoice | 5595 | Nerdy Nuts | $0.00 | $30,814.56 | Paid |
| 12/3/25 | Invoice | 5587 | Nerdy Nuts | $0.00 | $5,800.00 | Paid |
| 11/19/25 | Invoice | 5533 | Nerdy Nuts | $0.00 | $11,480.00 | Paid |
| 11/18/25 | Invoice | 5523 | Nerdy Nuts | $0.00 | $56,605.26 | Paid |
| 11/18/25 | Invoice | 5522 | Nerdy Nuts | $0.00 | $5,800.00 | Paid |
| 11/17/25 | Invoice | 5515 | Nerdy Nuts | $0.00 | $922.00 | Paid |
| 10/24/25 | Invoice | 5454 | Nerdy Nuts | $0.00 | $5,800.00 | Paid |
| 10/24/25 | Invoice | 5453 | Nerdy Nuts | $0.00 | $5,800.00 | Paid |
| 10/24/25 | Invoice | 5452 | Nerdy Nuts | $0.00 | $160,600.00 | Paid |
| 10/9/25 | Invoice | 5410 | Nerdy Nuts | $0.00 | $5,800.00 | Paid |
| 10/9/25 | Invoice | 5409 | Nerdy Nuts | $0.00 | $5,800.00 | Paid |
| 10/3/25 | Invoice | 5385 | Nerdy Nuts | $0.00 | $160,750.00 | Paid |
| 9/25/25 | Invoice | 5357 | Nerdy Nuts | $0.00 | $5,800.00 | Paid |
| 9/24/25 | Invoice | 5352 | Nerdy Nuts | $0.00 | $5,800.00 | Paid |
| 9/9/25 | Invoice | 5309 | Nerdy Nuts | $0.00 | $5,800.00 | Paid |
| 9/9/25 | Invoice | 5308 | Nerdy Nuts | $0.00 | $163,900.00 | Paid |
| 9/3/25 | Invoice | 5307 | Nerdy Nuts | $0.00 | $5,800.00 | Paid |
| 8/28/25 | Invoice | 5301 | Nerdy Nuts | $0.00 | $5,884.00 | Paid |
| 8/27/25 | Invoice | 5274 | Nerdy Nuts | $0.00 | $6,090.00 | Paid |
| 8/19/25 | Invoice | 5266 | Nerdy Nuts | $0.00 | $157,500.00 | Paid |
| 8/13/25 | Invoice | 5259 | Nerdy Nuts | $0.00 | $5,800.00 | Paid |
| 7/31/25 | Invoice | 5235 | Nerdy Nuts | $0.00 | $5,800.00 | Paid |
| 7/17/25 | Invoice | 5191 | Nerdy Nuts | $0.00 | $2,508.00 | Paid |
| 7/10/25 | Invoice | 5162 | Nerdy Nuts | $0.00 | $5,800.00 | Paid |
| 7/7/25 | Invoice | 5148 | Nerdy Nuts | $0.00 | $157,500.00 | Paid |

| Date | Type | No. | Customer | Balance | Amount | Status |
|---|---|---|---|---|---|---|
| 6/10/25 | Invoice | 5104 | Nerdy Nuts | $0.00 | $7,200.00 | Paid |
| 6/10/25 | Invoice | 5103 | Nerdy Nuts | $0.00 | $150,000.00 | Paid |
| 5/23/25 | Invoice | 5056 | Nerdy Nuts | $0.00 | $11,600.00 | Paid |
| 4/30/25 | Invoice | 4993 | Nerdy Nuts | $0.00 | $150,000.00 | Paid |
| 4/25/25 | Invoice | 4982 | Nerdy Nuts | $0.00 | $9,980.00 | Paid |
| 4/18/25 | Invoice | 4967 | Nerdy Nuts | $0.00 | $3,800.00 | Paid |
| 4/11/25 | Invoice | 4940 | Nerdy Nuts | $0.00 | $9,980.00 | Paid |
| 3/27/25 | Invoice | 4880 | Nerdy Nuts | $0.00 | $8,150.00 | Paid |
| 3/18/25 | Invoice | 4864 | Nerdy Nuts | $0.00 | $7,200.00 | Paid |
| 3/17/25 | Invoice | 4861 | Nerdy Nuts | $0.00 | $200,348.00 | Paid |
| 3/7/25 | Invoice | 4859 | Nerdy Nuts | $0.00 | $3,215.00 | Paid |
| 3/4/25 | Invoice | 4798 | Nerdy Nuts | $0.00 | $201,465.00 | Paid |
| 3/2/25 | Invoice | 4819 | Nerdy Nuts | $0.00 | $1,900.00 | Paid |
| 2/26/25 | Invoice | 4807 | Nerdy Nuts | $0.00 | $15,000.00 | Paid |
| 2/12/25 | Invoice | 4770 | Nerdy Nuts | $0.00 | $3,222.00 | Paid |
| 2/10/25 | Invoice | 4765 | Nerdy Nuts | $0.00 | $59,246.55 | Paid |
| 1/31/25 | Invoice | 4746 | Nerdy Nuts | $0.00 | $70,870.14 | Paid |
| 1/29/25 | Invoice | 4738 | Nerdy Nuts | $0.00 | $47,250.00 | Paid |
| | Total | | | $338,348.24 | $2,478,550.75 | |

1-56 of 56



**Aroma Imports**

12668 Arnold

Redford, MI  48239-2637

+12488427452

**BILL TO**

Nerdy Nuts

1231 Oregon St

Rapid City, South Dakota

57701

## INVOICE 5633

**DATE** 12/22/2025

**DUE DATE** 02/02/2026

**SHIP DATE**

12/19/2025

| ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| AROMA-PST-CRM-3kg | Aroma Imports Turkish Pistachio Cream (3kg x 4) | 336 | 262.50 | 88,200.00 |
| SHIPPING | 2 Day Transit | 1 | 3,650.00 | 3,650.00 |

PAID

12/22 Delivery

| | |
|---|---|
| PAYMENT | 91,850.00 |
| **TOTAL DUE** | **$0.00** |



**Aroma Imports**

12668 Arnold

Redford, MI  48239-2637

+12488427452

## BILL TO

Nerdy Nuts

1231 Oregon St

Rapid City, South Dakota

57701

## INVOICE 5595

**DATE** 12/06/2025

**DUE DATE** 01/14/2026

| ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| AROMA-PST-CRM-380g | Aroma Imports Turkish Pistachio Butter (383g x 15) - - 12.67 Pounds per Case. Original Price  $10.80/pc  Discounted to Match the Price per Pound of 3kg | 198 | 162.00 | 32,076.00 |
| Discount | $36.32 Discount per Case. Brings Pound Price to $9.92. Ne   Case Price After Discount $125.68. | 198 | -36.32 | -7,191.36 |
| Discount | Extra Discount for Repacking $1,000 | 1 | -1,000.00 | -1,000.00 |
| AROMA-PST-CRM-1kg | Aroma Imports Turkish Pistachio Butter (1kg x 9) | 16 | 196.87 | 3,149.92 |
| SAUCE-PIS-5kg | Aroma Imports Pistachio Sauce (5kg x 1) 11l | 16 | 60.00 | 960.00 |
| SHIPPING | 2 Day Dedicated, Delivery Monday 12/8 | 1 | 2,820.00 | 2,820.00 |

| | |
|---|---|
| PAYMENT | 30,814.56 |
| TOTAL DUE | **$0.00** |

PAID



**Aroma Imports**

12668 Arnold

Redford, MI  48239-2637

+12488427452

**BILL TO**

Nerdy Nuts

1231 Oregon St

Rapid City, South Dakota

57701

## INVOICE 5748

**DATE** 02/10/2026

**DUE DATE** 02/18/2026

| ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| Pearl-3 | hite Chocolate  Coated Puffed Rice Pearls (3.85l   x 4) | 2 | 128.00 | 256.00 |
| SHIPPING | UPS Ground - Estimated Delivery Thursday 2/12 | 1 | 30.00 | 30.00 |
| SAUCE-PIS-5kg | Aroma Imports Pistachio Sauce (5kg x 1) 11l | 9 | 60.00 | 540.00 |
| 000123 | 1 Bottle Pistachio Sauce 900ml (2l  ) - To make 101 l Total Pistachio Sauce | 1 | 11.00 | 11.00 |
| SHIPPING | UPS Ground for Pistachio Sauce - Estimated Delivery Tuesday 2/18 - 2   oxes | 1 | 115.00 | 115.00 |

| TOTAL DUE | $952.00 |
|---|---|



**Aroma Imports**

12668 Arnold

Redford, MI 48239-2637

+12488427452

**BILL TO**

Nerdy Nuts

1231 Oregon St

Rapid City, South Dakota

57701

## INVOICE 5721

**DATE** 01/29/2026

**DUE DATE** 02/28/2026

| ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| AROMA-PST-CRM-3kg | Aroma Imports Turkish Pistachio Butter (3kg x 4). 4,761.98 l  Total Net  eight. | 180 | 262.50 | 47,250.00 |
| DTK-22 | ka Premium Dry Toasted ataifi (11 l  x 2) 22 l  per Case. 1,848 Pounds Total Net  eight. | 84 | 75.00 | 6,300.00 |
| AROMA-PST-CRM-380g | Aroma Imports Turkish Pistachio Butter (383g x 15) - - 12.67 l  per Case. 8,777 Pounds Total Net  eight. Original Price  $10.80/pc  Discounted to Match the Price per Pound of 3kg ($9.92/l ) | 693 | 162.00 | 112,266.00 |
| Discount | $36.32 Discount per Case. Brings Pound Price to $9.92. Ne  Case Price After Discount $125.68. | 693 | -36.32 | -25,169.76 |
| SHIPPING | 2 Day Transit - Dedicated Truck | 1 | 3,750.00 | 3,750.00 |

| TOTAL DUE | $144,396.24 |
|---|---|



**Aroma Imports**

12668 Arnold

Redford, MI  48239-2637

+12488427452

**BILL TO**

Nerdy Nuts

1231 Oregon St

Rapid City, South Dakota

57701

## INVOICE 5708

**DATE** 01/24/2026

**DUE DATE** 02/24/2026

| ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| AROMA-PST-CRM-3kg | Aroma Imports Turkish Pistachio Butter (3kg x 4) | 132 | 262.50 | 34,650.00 |
| DTK-22 | ka Premium Dry Toasted ataifi (11 l  x 2) 22 l  Total | 84 | 75.00 | 6,300.00 |
| SHIPPING | 2 Day Transit - Dedicated Truck | 1 | 3,500.00 | 3,500.00 |

| TOTAL DUE | $44,450.00 |
|---|---|



**Aroma Imports**

12668 Arnold

Redford, MI  48239-2637

+12488427452

**BILL TO**

Nerdy Nuts

1231 Oregon St

Rapid City, South Dakota

57701

## INVOICE 5706

**DATE** 01/20/2026

**DUE DATE** 02/17/2026

| ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| AROMA-PST-CRM-3kg | Aroma Imports Turkish Pistachio Butter (3kg x 4) | 396 | 262.50 | 103,950.00 |
| DTK-22 | ka Premium Dry Toasted ataifi (11 l  x 2) 22 l  Total | 68 | 75.00 | 5,100.00 |
| SHIPPING | 2 Day Transit - Dedicated Truck | 1 | 3,750.00 | 3,750.00 |

| TOTAL DUE | $112,800.00 |
|---|---|



**Aroma Imports**

12668 Arnold

Redford, MI  48239-2637

+12488427452

**BILL TO**

Nerdy Nuts

1231 Oregon St

Rapid City, South Dakota

57701

## INVOICE 5693

**DATE** 01/13/2026

**DUE DATE** 02/13/2026

| ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| KATAYAFI-1 | resh atayifi from Cedar (25l s x 1), 2 Pallets (1250l per pallet, 2500l Total) | 100 | 55.00 | 5,500.00 |
| SHIPPING | Shipped 5/2/25, Delivered 5/6/25. | 1 | 1,750.00 | 1,750.00 |

INVOICED LATE. DELIVERED 5/6/25.

| TOTAL DUE | $7,250.00 |
|---|---|



**Aroma Imports**

12668 Arnold

Redford, MI  48239-2637

+12488427452

**BILL TO**

Nerdy Nuts

1231 Oregon St

Rapid City, South Dakota

57701

## INVOICE 5692

**DATE** 01/13/2026

**DUE DATE** 02/13/2026

| ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| KATAYAFI-1 | resh atayifi from Cedar (25l s x 1), 2 Pallets (1250l per pallet, 2500l Total) | 100 | 55.00 | 5,500.00 |
| SHIPPING | Shipped 4/4/25 | 1 | 1,750.00 | 1,750.00 |

INVOICED LATE. DELIVERED 4/8/25.

| TOTAL DUE | $7,250.00 |
|---|---|



**Aroma Imports**

12668 Arnold

Redford, MI  48239-2637

+12488427452

**BILL TO**

Nerdy Nuts

1231 Oregon St

Rapid City, South Dakota

57701

## INVOICE 5689

**DATE** 01/13/2026

**DUE DATE** 01/27/2026

**SHIP DATE**

01/14/2026

| ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| KATAYAFI-1 | Athens Ra    ataifi  4 x 5l (20l  ) 2 Pallets of 40 Cases | 80 | 57.00 | 4,560.00 |
| SHIPPING | 2 Pallets     $620/pallet | 2 | 620.00 | 1,240.00 |

To   e Shipped 1/14/26, To   e Delivered 1/21/26

| TOTAL DUE | **$5,800.00** |
|---|---|



**Aroma Imports**

12668 Arnold

Redford, MI  48239-2637

+12488427452

**BILL TO**

Nerdy Nuts

1231 Oregon St

Rapid City, South Dakota

57701

## INVOICE 5688

**DATE** 01/13/2026

**DUE DATE** 02/09/2026

**SHIP DATE**

01/13/2026

| ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| AROMA-PST-CRM-3kg | Aroma Imports Turkish Pistachio Cream (3kg x 4) | 336 | 262.50 | 88,200.00 |
| SHIPPING | 3 Day Transit via Estes | 1 | 2,250.00 | 2,250.00 |

Shipped 1/13/26

| | |
|---|---|
| PAYMENT | 75,000.00 |
| TOTAL DUE | **$15,450.00** |

# Aroma Imports

| Type | Status | Delivery Method | Date | Customer |
|---|---|---|---|---|
| All transactions | Open | Any | All | All |

| Date | Type | No. | Customer | Memo | Due date | Balance | Amount | Status |
|---|---|---|---|---|---|---|---|---|
| 2/10/26 | Invoice | 5748 | Nerdy Nuts | | 2/18/26 | $952.00 | $952.00 | Overdue 33 days |
| 1/29/26 | Invoice | 5721 | Nerdy Nuts | Shipment while Zach was out of town (2) - Remaining stock Jars & 3kg. | 2/28/26 | $144,396.24 | $144,396.24 | Overdue 23 days |
| 1/24/26 | Invoice | 5708 | Nerdy Nuts | Shipment while Zach was out of town (1) | 2/24/26 | $44,450.00 | $44,450.00 | Overdue 27 days |
| 1/20/26 | Invoice | 5706 | Nerdy Nuts | Shipment while Malik was out of town | 2/17/26 | $112,800.00 | $112,800.00 | Overdue 34 days |
| 1/13/26 | Invoice | 5693 | Nerdy Nuts | Missing Cedar Invoice #2 - Shipped 5/2/25 | 2/13/26 | $7,250.00 | $7,250.00 | Overdue 38 days |
| 1/13/26 | Invoice | 5692 | Nerdy Nuts | Missing Cedar Invoice #1 - Shipped 4/4/25 | 2/13/26 | $7,250.00 | $7,250.00 | Overdue 38 days |
| 1/13/26 | Invoice | 5689 | Nerdy Nuts | #71767, 1/21 Delivery | 1/27/26 | $5,800.00 | $5,800.00 | Overdue 55 days |
| 1/13/26 | Invoice | 5688 | Nerdy Nuts | 1/13 Shipment via Estes LTL | 2/9/26 | $15,450.00 | $90,450.00 | Overdue 42 days Partially paid, $15,450.00 due |
| | Total | | | | | $338,348.24 | $413,348.24 | |

1-8 of 8



**Aroma Imports**

27209      arren St

Dear  orn Heights, MI  48127

+12488427452

## ADDRESS

Nerdy Nuts

1231 Oregon St

Rapid City, South Dakota

57701

## Estimate 1020

**DATE** 09/26/2025

**EXPIRATION DATE** 10/07/2025

| ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| **Deposit** | Deposit for Aroma Imports Pistachio Cream  To Complete Production and Reserve 31,750 l  s (1 Container). Estimated Arrival to Aroma and Ready to Ship to Nerdy Nuts mid to late Novem  er. | 1 | 67,000.00 | 67,000.00 |

This deposit   ill   e reim  ursed as an invoice credit   hen all 31,750 l  s are delivered to Nerdy Nuts in full. This credit   ill   e applied on the second shipment of 15,875 l  s from this container.

| TOTAL | $67,000.00 |
|---|---|

Accepted By

Accepted Date

# EXHIBIT B



**Aroma Imports**

27209     arren St

Dear orn Heights, MI  48127

+12488427452

## ADDRESS

Nerdy Nuts

1231 Oregon St

Rapid City, South Dakota

57701

## Estimate 1020

**DATE** 09/26/2025

**EXPIRATION DATE** 10/07/2025

| ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| **Deposit** | Deposit for Aroma Imports Pistachio Cream  To Complete Production and Reserve 31,750 l s (1 Container). Estimated Arrival to Aroma and Ready to Ship to Nerdy Nuts mid to late Novem er. | 1 | 67,000.00 | 67,000.00 |

This deposit   ill  e reim ursed as an invoice credit   hen all 31,750 l s are delivered to Nerdy Nuts in full. This credit   ill  e applied on the second shipment of 15,875 l s from this container.

| TOTAL | $67,000.00 |
|---|---|

Accepted By                    Accepted Date



## Nutrition Information

12 messages

**Andrea Chase** <andrea@nerdynuts.com>                    Thu, Jan 22, 2026 at 12:20 PM
To: Z Mattan <zach.aromaimports@gmail.com>, Malik Mattan <malik.aromaimports@gmail.com>

Hey guys!

We are working with food scientists to more accurately format our labels and they've requested the "raw" unrounded 100g nutrition facts for inclusions we use. (Examples attached)

Could I get the 100g nutrition information and the ingredient/allergen list from you guys for the pistachio cream and kataifi please?

Andrea

### 3 attachments



**image0.png**
460K



**image1.png**
262K



**image2.jpeg**
125K

**Andrea Chase** <andrea@nerdynuts.com>                    Tue, Jan 27, 2026 at 1:19 PM
To: Z Mattan <zach.aromaimports@gmail.com>, Malik Mattan <malik.aromaimports@gmail.com>

Hey guys! Just checking back in on this - our team would like to get this nutrition panel going with our food scientist team ASAP.

> On Jan 22, 2026, at 10:20 AM, Andrea Chase <andrea@nerdynuts.com> wrote:

> 
> Hey guys!
> 
> We are working with food scientists to more accurately format our labels and they've requested the "raw" unrounded 100g nutrition facts for inclusions we use. (Examples attached)
> 
> Could I get the 100g nutrition information and the ingredient/allergen list from you guys for the pistachio cream and kataifi please? 😃
> 
> 
> Andrea
> 
> <image0.png>
> <image1.png>
> <image2.jpeg>
> 
> 

---

**Andrea Chase** <andrea@nerdynuts.com>                                      Fri, Jan 30, 2026 at 9:36 AM
To: Z Mattan <zach.aromaimports@gmail.com>, Malik Mattan <malik.aromaimports@gmail.com>
Cc: Craig Mount <Craig@nerdynuts.com>

Hey guys!

Our food scientist team is waiting on this information to get our Target Dubai Chocolate labels checked and regulated.

Any update on when we could get this information?

> On Jan 27, 2026, at 11:20AM, Andrea Chase <andrea@nerdynuts.com> wrote:
> 
> Hey guys! Just checking back in on this - our team would like to get this nutrition panel going with our food scientist team ASAP.

[Quoted text hidden]

---

**Malik Mattan** <malik.aromaimports@gmail.com>                             Fri, Jan 30, 2026 at 11:25 AM
To: Andrea Chase <andrea@nerdynuts.com>
Cc: Z Mattan <zach.aromaimports@gmail.com>, Craig Mount <Craig@nerdynuts.com>

Hi Andrea!

Sorry for the late reply! Please find the nutrition facts below for Athens Raw Kataifi, and attached for the toasted kataifi for your reference.

We have our latest batch of pistachio cream at the lab in Turkey undergoing nutrition analysis, and we should have the raw unrounded results per 100g back from them on Monday. We will share them with you as soon as we receive them.

Thank you for your patience,

## Athens Raw Kataifi:

INGREDIENTS:

Water, Enriched Wheat Flour (wheat flour, niacin, iron, thiamine mononitrate, riboflavin, folic acid), Modified Food Starch, Corn Starch, Canola Oil, Soy Lecithin, Salt, Preservatives (calcium propionate, sodium propionate, potassium sorbate), Vital Wheat Gluten, Dextrose, Maltodextrin, Citric Acid.


CONTAINS:

Wheat, Soy


NUTRITIONAL INFO:

Serving size: 55 grams, Servings per container: about 8, Amount per serving: Calories 120, Calories from Fat – 20, Total Fat – 2g, Saturated Fat – 0g, Trans Fat – 0g, Cholesterol – 0mg, Sodium – 210 mg, Total Carbohydrates – 21g, Dietary Fiber – 1g, Sugars – 1g, Protein – 3g



[Quoted text hidden]

--

**Malik Mattan**
Aroma Imports

248-842-7452 | malik.aromaimports@gmail.com | aromaimportsinc.com |
27209 W Warren, Dearborn Heights MI. 48127

---

📄 **Aroma Imports Ozka Bulk Toasted Kataifi 22 Pound Spec Sheet.pdf**
1525K

---

**Andrea Chase** <andrea@nerdynuts.com>                     Fri, Jan 30, 2026 at 11:45 AM
To: Malik Mattan <malik.aromaimports@gmail.com>
Cc: Z Mattan <zach.aromaimports@gmail.com>, Craig Mount <Craig@nerdynuts.com>

Thank you so much! I'll check back in on Monday for the pistachio creme. Do we use the baked kataifi from you guys or only the raw?
[Quoted text hidden]
--
Andrea Chase
Creative Director
Nerdy Nuts
Andrea@NerdyNuts.Com
www.nerdynuts.com

---

**Andrea Chase** <andrea@nerdynuts.com>                     Mon, Feb 2, 2026 at 2:29 PM
To: Malik Mattan <malik.aromaimports@gmail.com>
Cc: Z Mattan <zach.aromaimports@gmail.com>, Craig Mount <craig@nerdynuts.com>

Hey guys!

Circling back to ensure we stay on track with Target for the pistachio creme nutrition facts and confirmation that we only use raw kataifi from you guys.

> On Jan 30, 2026, at 9:25AM, Malik Mattan <malik.aromaimports@gmail.com> wrote:
>
>
> [Quoted text hidden]
> <Aroma Imports Ozka Bulk Toasted Kataifi 22 Pound Spec Sheet.pdf>

---

**Zach Mattan** <zach.aromaimports@gmail.com>                     Mon, Feb 2, 2026 at 8:16 PM
To: Andrea Chase <andrea@nerdynuts.com>
Cc: Malik Mattan <malik.aromaimports@gmail.com>, Craig Mount <craig@nerdynuts.com>

Hey Andrea! The lab informed us that we will receive the pistachio cream nutrition facts tomorrow. I will share them with you immediately upon receiving them.

For the baked kataifi, you are using this as a backup sometimes when Athens' shipments of raw kataifi are delayed.

Best regards,
[Quoted text hidden]
--



**Zach Mattan**
**Aroma Imports**
P: (313) 724-7157
M:(313) 205-4220

---

**Andrea Chase** <andrea@nerdynuts.com>                                    Mon, Feb 2, 2026 at 9:36 PM
To: Zach Mattan <zach.aromaimports@gmail.com>
Cc: Malik Mattan <malik.aromaimports@gmail.com>, Craig Mount <craig@nerdynuts.com>

Sounds great, we have our meeting tomorrow with the food scientists so that will be perfect!

Do you have a record/dates of when we purchased the baked kataifi by chance? I didn't see it on any of the invoices but could have missed it.

Hope you had a great weekend and let us know if you ever need anything!! :)


Andrea


[Quoted text hidden]
[Quoted text hidden]

---

**Malik Mattan** <malik.aromaimports@gmail.com>                           Tue, Feb 3, 2026 at 4:15 PM
To: Andrea Chase <andrea@nerdynuts.com>
Cc: Zach Mattan <zach.aromaimports@gmail.com>, Craig Mount <craig@nerdynuts.com>

Hey Andrea!

The lab told us they need until tomorrow to get the complete nutrition facts, again. We let them know the urgency, so I'm hoping they will stick to it this time.

**Attached below are nutrition facts for pistachio cream from the kitchen, but disclaimer, that these are not official and currently being certified by the lab.**

We will share the official nutrition facts from the lab ASAP upon receiving it.

For the pre-baked/toasted kataifi, we have the following dates/invoice numbers.

- 11/18 #5523
- 1/20 #5706
- 1/24 #5708
- 1/29 #5721

I don't foresee any going out in the next few weeks, as weekly frozen/raw kataifi shipments are booked, but these usually occur when there are delays with Athens.

Thank you again for your patience!

[Quoted text hidden]

---



**Unofficial Aroma Pistachio Cream Nutrition Facts.jpg**
99K

---

**Zach Mattan** <zach.aromaimports@gmail.com>                             Wed, Feb 4, 2026 at 3:43 PM
To: Malik Mattan <malik.aromaimports@gmail.com>
Cc: Andrea Chase <andrea@nerdynuts.com>, Craig Mount <craig@nerdynuts.com>

Hi Andrea,

The lab informed us today that they will share the Nutrition Facts on Monday.
The vitamin data (Vitamin D, Calcium, etc.) needed to be verified by an additional external lab and they let us know we will have the finalized results on Monday.

I apologize that this is taking much longer than expected and that they're not sticking to their timeline.
Will share more info as soon as I have it

Best regards,
[Quoted text hidden]

---

**Andrea Chase** <andrea@nerdynuts.com>　　　　　　　　　　　　　　Mon, Feb 16, 2026 at 3:39 PM
To: Malik Mattan <malik.aromaimports@gmail.com>
Cc: Zach Mattan <zach.aromaimports@gmail.com>, Craig Mount <craig@nerdynuts.com>

Hey guys!

Checking in on this - can we please get the 100g nutrition info for the pistachio creme? Our food scientists have been waiting for 2 weeks on it. :(
[Quoted text hidden]

> [Quoted text hidden]
> <Unofficial Aroma Pistachio Cream Nutrition Facts.jpg>

---

**Zach Mattan** <zach.aromaimports@gmail.com>　　　　　　　　　　　　Mon, Feb 16, 2026 at 3:56 PM
To: Andrea Chase <andrea@nerdynuts.com>
Cc: Malik Mattan <malik.aromaimports@gmail.com>, Craig Mount <craig@nerdynuts.com>

Hey Andrea!

Here are the verified nutrition facts for the Pistachio Creme (per 100g)

Let me know if you have any questions

Thank you,
[Quoted text hidden]

---

📄 **Lab Verified 3kg Pistachio Cream Nutrition Label - Per 100g.pdf**
10K

 Gmail

**Zach Mattan <zach.aromaimports@gmail.com>**

## Pistachio Cream Supply Agreement for 2026 (Version 2) + November Order Deposit Confirmation

**Malik Mattan** <malik.aromaimports@gmail.com>                                    Mon, Sep 29, 2025 at 1:13 PM
To: Craig Mount <Craig@nerdynuts.com>, Kristi Mount <kristi@nerdynuts.com>, "j.lawrence@nerdynuts.com" <j.lawrence@nerdynuts.com>, Andrea Chase <andrea@nerdynuts.com>
Cc: Z Mattan <zach.aromaimports@gmail.com>

Hi Nerdy Nuts Team,

We have revised the 2026 Pistachio Cream supply plan to make it clearer and easier to act on. This year we supplied over 100,000 lbs + of Aroma Imports Pistachio Cream to Nerdy Nuts and we're ready to secure a long-term agreement to stabilize your stock and pricing for next year.

We haven't been able to connect since sharing the original plan, so we did not have any feedback to go off of when creating this version. Please advise any thoughts, questions, or feedback you have regarding the attached supply agreement.

**The following important documents attached for your review:**

1. **Down Payment for the November order (estimate 1020)**
   - This $67,000 down payment will serve as your confirmation of reserving the November order of ~ 32,000 pounds to Nerdy Nuts
2. **Nerdy Nuts x Aroma Imports 2026 Pistachio Cream Supply Agreement (V2.9.29)**
   - For your signature and confirmation.
3. **Outline and Recommendation: Nerdy Nuts 2026 Pistachio Cream Supply Agreement**
   - This document is to help provide more context on this supply agreement.
   - Includes a cost-benefit analysis

**Key next steps:**

- Confirm the down payment Nerdy Nuts will invest for 2026 supply. How much are you willing to invest? — Deadline of Oct. 7th because of fluctuating prices.

- Send $67,000 deposit for the first ~32,000-lb container arriving in November. (estimate attached)

- Schedule remaining shipments for 2025-2026

**Current allocation:**

- ~31,750 lbs in stock now.

- ~31,750 lbs arriving mid-October.

- After receiving the deposit for the November order, the total allocation will be around ~95,000 lbs through year-end

Pistachio yields are down and prices are up, so early commitment is essential to lock in availability and pricing for long-term success. Since we sent the plan about a month ago, pistachio prices have increased by 20%, so we have

adjusted the deposit amount required per container to $75,000, but any amount you can deposit will be helpful in securing supply.
Pistachio prices are fluctuating and not something we can control unless we purchase in bulk for long-term use.

We greatly appreciate the trust and partnership we've built this year, and have created this agreement tailored to the long term benefit of Nerdy Nuts. We look forward to growing together more in the new year, and have developed this solution to keep your stock and pricing stable on this trending and commodity-based product for another year.

Thank you again for your time looking this over. We'd love to schedule a time to review this revised plan at your convenience.
When is a good time this week for a quick call?
Best regards,

--

**Malik Mattan**
Aroma Imports

248-842-7452 | malik.aromaimports@gmail.com | aromaimportsinc.com |
27209 W Warren, Dearborn Heights MI. 48127

---

**3 attachments**

 **Estimate 1020 Confirmation Needed.pdf**
65K

 **Nerdy Nuts x Aroma Imports 2026 Pistachio Cream Supply Agreement (V2.9.29).pdf**
78K

 **Outline and Recommendation_ Nerdy Nuts 2026 Pistachio Cream Supply Agreement .pdf**
93K

 **Gmail**                                                    **Zach Mattan <zach.aromaimports@gmail.com>**

## Pistachio Cream Supply Agreement for 2026 (Version 2) + November Order Deposit Confirmation

**Malik Mattan** <malik.aromaimports@gmail.com>                    Mon, Sep 29, 2025 at 1:13 PM
To: Craig Mount <Craig@nerdynuts.com>, Kristi Mount <kristi@nerdynuts.com>, "j.lawrence@nerdynuts.com" <j.lawrence@nerdynuts.com>, Andrea Chase <andrea@nerdynuts.com>
Cc: Z Mattan <zach.aromaimports@gmail.com>

Hi Nerdy Nuts Team,

We have revised the 2026 Pistachio Cream supply plan to make it clearer and easier to act on. This year we supplied over 100,000 lbs + of Aroma Imports Pistachio Cream to Nerdy Nuts and we're ready to secure a long-term agreement to stabilize your stock and pricing for next year.

We haven't been able to connect since sharing the original plan, so we did not have any feedback to go off of when creating this version. Please advise any thoughts, questions, or feedback you have regarding the attached supply agreement.

**The following important documents attached for your review:**

1. **Down Payment for the November order (estimate 1020)**
   - This $67,000 down payment will serve as your confirmation of reserving the November order of ~ 32,000 pounds to Nerdy Nuts
2. **Nerdy Nuts x Aroma Imports 2026 Pistachio Cream Supply Agreement (V2.9.29)**
   - For your signature and confirmation.
3. **Outline and Recommendation: Nerdy Nuts 2026 Pistachio Cream Supply Agreement**
   - This document is to help provide more context on this supply agreement.
   - Includes a cost-benefit analysis

**Key next steps:**

- Confirm the down payment Nerdy Nuts will invest for 2026 supply. How much are you willing to invest? — Deadline of Oct. 7th because of fluctuating prices.

- Send $67,000 deposit for the first ~32,000-lb container arriving in November. (estimate attached)

- Schedule remaining shipments for 2025-2026

**Current allocation:**

- ~31,750 lbs in stock now.

- ~31,750 lbs arriving mid-October.

- After receiving the deposit for the November order, the total allocation will be around ~95,000 lbs through year-end

Pistachio yields are down and prices are up, so early commitment is essential to lock in availability and pricing for long-term success. Since we sent the plan about a month ago, pistachio prices have increased by 20%, so we have

adjusted the deposit amount required per container to $75,000, but any amount you can deposit will be helpful in securing supply.
Pistachio prices are fluctuating and not something we can control unless we purchase in bulk for long-term use.

We greatly appreciate the trust and partnership we've built this year, and have created this agreement tailored to the long term benefit of Nerdy Nuts. We look forward to growing together more in the new year, and have developed this solution to keep your stock and pricing stable on this trending and commodity-based product for another year.

Thank you again for your time looking this over. We'd love to schedule a time to review this revised plan at your convenience.
When is a good time this week for a quick call?
Best regards,

--

**Malik Mattan**
Aroma Imports

248-842-7452 | malik.aromaimports@gmail.com | aromaimportsinc.com |
27209 W Warren, Dearborn Heights MI. 48127

**3 attachments**


**Estimate 1020 Confirmation Needed.pdf**
65K


**Nerdy Nuts x Aroma Imports 2026 Pistachio Cream Supply Agreement (V2.9.29).pdf**
78K


**Outline and Recommendation_ Nerdy Nuts 2026 Pistachio Cream Supply Agreement .pdf**
93K

 **Gmail**                                    **Zach Mattan <zach.aromaimports@gmail.com>**

## January 2026 Invoices
9 messages

**Malik Mattan** <malik.aromaimports@gmail.com>                    Fri, Jan 30, 2026 at 3:35 PM
To: Craig Mount <Craig@nerdynuts.com>, Kristi Mount <kristi@nerdynuts.com>
Cc: Z Mattan <zach.aromaimports@gmail.com>

Hi Craig and Kristi,

I hope all is well. I have 4 new invoices to share here from the past couple of weeks. I've attached all the open invoices currently to help keep them all in one place.

We extended terms on the latest 3 pistachio cream invoices to 30 days, so the due dates aren't so close together. We have a lot outgoing right now though, and are planning next shipments, so next week's payment is important for us to keep supply on track.

Please let us know if these due dates work with you, and if you have any questions or concerns.

Here are the current open invoices:

1. Invoice #5633 for Pistachio Cream, shipped 12/22. $91,850.00 **Due 2/2**
2. Invoice #5688 for Pistachio Cream, 1/16 Delivery: $90,450.00. Due 2/9
3. Invoice #5689 for Kataifi, 1/28 Delivery: $5,800.00. **Due 2/2**
4. Invoice #5706 for Pistachio Cream, shipped 1/20: $112,800.00. Due 2/17
5. Invoice #5708 for Pistachio Cream, shipped 1/24: $44,450.00. Due 2/24
6. Invoice #5721 for Pistachio Cream Remaining Stock, shipped today 1/30: $ $144,396.24. Due 2/28
7. Invoice #5722 for Kataifi (next week's delivery), shipped 1/28: $5,800.00. Due 2/9.

For your reference, the last payment we received was $36,614.56 on 1/20 for #5595 and #5638.

Thank you & Best Regards,

--

**Malik Mattan**
Aroma Imports

248-842-7452 | malik.aromaimports@gmail.com | aromaimportsinc.com |
27209 W Warren, Dearborn Heights MI. 48127

---

**7 attachments**

 **Invoice 5708.pdf**
66K

**Invoice 5706.pdf**
66K

 **Invoice 5689 (1).pdf**
66K

**Invoice 5688 (1).pdf**
64K

**Invoice 5633.pdf**
65K

**Invoice 5721.pdf**
67K

 **Invoice 5722.pdf**
66K

---

**Malik Mattan** <malik.aromaimports@gmail.com>                    Fri, Jan 30, 2026 at 3:38 PM
To: Craig Mount <Craig@nerdynuts.com>, Kristi Mount <kristi@nerdynuts.com>
Cc: Z Mattan <zach.aromaimports@gmail.com>

Hi Kristi, we just received your payment confirmation for #5633, thank you!
[Quoted text hidden]

---

**Malik Mattan** <malik.aromaimports@gmail.com>                    Fri, Feb 6, 2026 at 1:46 PM
To: Craig Mount <Craig@nerdynuts.com>, Kristi Mount <kristi@nerdynuts.com>
Cc: Z Mattan <zach.aromaimports@gmail.com>

Hi Craig and Kristi,

Hope all is well. Attached below is the kataifi order that was sent out this Wednesday 2/4. Delivery is expected next week on 2/11 (#5744).

We have a few open kataifi invoices and have resumed weekly shipments of the frozen. Please let us know when we can expect payment on those, or if you have any questions.

Thank you,

[Quoted text hidden]

---

 **Invoice 5744.pdf**
66K

---

**Malik Mattan** <malik.aromaimports@gmail.com>                    Fri, Feb 20, 2026 at 5:27 PM
To: Craig Mount <Craig@nerdynuts.com>, Kristi Mount <kristi@nerdynuts.com>
Cc: Z Mattan <zach.aromaimports@gmail.com>

Hi Nerdy Nuts Team,

Attached are the invoices for last week's white chocolate pearls and pistachio sauce (#5748) and this week's kataifi order (#5779). We currently have 9 open invoices, which will increase to 10 after next week's kataifi shipment.

As a reminder, the kataifi invoices are due on delivery, and we have extended pistachio cream terms.

We need a payment early next week. We are over extended and our last payment was received on 2/4.

Can you please confirm how much of the overdue invoices (bolded below) can be paid early next week?

1. **Invoice #5688 for Pistachio Cream, 1/16 Delivery: $90,450.00. Overdue as of 2/9**
2. **Invoice #5689 for Kataifi, 1/28 Delivery: $5,800.00. Overdue as of 2/2**
3. **Invoice #5706 for Pistachio Cream, shipped 1/20: $112,800.00. Overdue 2/17**
4. Invoice #5708 for Pistachio Cream, shipped 1/24: $44,450.00. Due 2/24
5. Invoice #5721 for Pistachio Cream Remaining Stock, shipped today 1/30: $ $144,396.24. Due 2/28
6. **Invoice #5722 for Kataifi (next week's delivery), shipped 1/28: $5,800.00. Overdue 2/9.**
7. **Invoice #5744: $5,800.00. Overdue 2/13**
8. Invoice #5748: $952.00. Due 2/18
9. Invoice #5779: $5,572.00. Due 2/27

Total Overdue Balance: $220,650.00
Total Open Balance: $416,020.24

Thank you,

[Quoted text hidden]

**2 attachments**

 **Invoice 5748.pdf**
65K

 **Invoice 5779.pdf**
66K

---

**Zach Mattan** <zach.aromaimports@gmail.com>                    Mon, Feb 23, 2026 at 1:44 PM
To: Malik Mattan <malik.aromaimports@gmail.com>
Cc: Craig Mount <Craig@nerdynuts.com>, Kristi Mount <kristi@nerdynuts.com>

Hey guys, please let us know if you can send a payment by Wednesday this week. We would really appreciate it.

We have locked down the katayifi supply we discussed last week, and placed the orders for the next 5 weeks: 4 weeks of 3200lbs/week starting on 3/4, and one order of 2400lbs following these 4 weeks.
We have 3696lbs of toasted katayifi on hand to supplement this.

Please note we haven't received payment for a katayafi order since Jan. 2nd. Please confirm the payment amount you will be sending this week

Thank you,
[Quoted text hidden]
--



**Zach Mattan**
**Aroma Imports**
P: (313) 724-7157
M:(313) 205-4220
**www.AromaImportsInc.com**

---

**Malik Mattan** <malik.aromaimports@gmail.com>                    Tue, Feb 24, 2026 at 9:36 AM
To: Zach Mattan <zach.aromaimports@gmail.com>
Cc: Craig Mount <Craig@nerdynuts.com>, Kristi Mount <kristi@nerdynuts.com>

Hi Craig and Kristi,

As we have not received a response regarding the outstanding balance or a written payment plan, all  orders are on hold effective immediately.

Recent invoices remain overdue beyond extended terms, and the balance exceeds our approved credit limit.

Orders will resume once:

• A payment is received ($150k minimum)

• A written payment schedule for the remaining balance is confirmed

Please advise when payment has been initiated so we can release production accordingly.

Thank you,

**Malik Mattan**
Aroma Imports

248-842-7452 | malik.aromaimports@gmail.com | aromaimportsinc.com |
27209 W Warren, Dearborn Heights MI. 48127

[Quoted text hidden]

---

**Craig Mount** <craig@nerdynuts.com>                                      Tue, Feb 24, 2026 at 10:33 AM
To: Malik Mattan <malik.aromaimports@gmail.com>
Cc: Zach Mattan <zach.aromaimports@gmail.com>, Kristi Mount <kristi@nerdynuts.com>

Sounds good!

We can do things this way too. I'll add this to the damages you've already caused the company. Good luck buddy.

Sent from my iPhone
[Quoted text hidden]

---

**Zach Mattan** <zach.aromaimports@gmail.com>                              Tue, Feb 24, 2026 at 12:10 PM
To: Craig Mount <craig@nerdynuts.com>
Cc: Malik Mattan <malik.aromaimports@gmail.com>, Kristi Mount <kristi@nerdynuts.com>

Guys we are not looking for any conflict, we just need you to confirm when the payment will be made and in what amount.

Please give us some insight on when we will receive our next payment and the amount that will be paid.
Once payment is received and a schedule for the remaining balance is confirmed, we will resume immediately.

Just let us know so we can keep things moving.
[Quoted text hidden]

---

**Malik Mattan** <malik.aromaimports@gmail.com>                            Wed, Feb 25, 2026 at 11:47 AM
To: Zach Mattan <zach.aromaimports@gmail.com>
Cc: Craig Mount <craig@nerdynuts.com>, Kristi Mount <kristi@nerdynuts.com>

Hi Craig,

A payment of $75,000 delivered before Friday, along with a confirmed payment plan for the remaining balance, will allow us to release the Kataifi orders.

The previously mentioned $150,000 minimum would bring your account closer to agreed credit limits. Currently the account remains significantly beyond those limits, and we cannot continue production without movement on the balance.

As previously confirmed, capacity is available for the increased kataifi quantities discussed. Orders have been placed but are now on hold — Production can resume immediately when we receive payment and a confirmed payment plan.

Please advise,

**Malik Mattan**
Aroma Imports

248-842-7452 | malik.aromaimports@gmail.com | aromaimportsinc.com |
27209 W Warren, Dearborn Heights MI. 48127

[Quoted text hidden]

# EXHIBIT C



**Aroma Imports**

12668 Arnold

Redford, MI  48239-2637

+12488427452

**BILL TO**

Nerdy Nuts

1231 Oregon St

Rapid City, South Dakota

57701

## INVOICE 5748

**DATE** 02/10/2026

**DUE DATE** 02/18/2026

| ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| Pearl-3 | hite Chocolate  Coated Puffed Rice Pearls (3.85l   x 4) | 2 | 128.00 | 256.00 |
| SHIPPING | UPS Ground - Estimated Delivery Thursday 2/12 | 1 | 30.00 | 30.00 |
| SAUCE-PIS-5kg | Aroma Imports Pistachio Sauce (5kg x 1) 11l | 9 | 60.00 | 540.00 |
| 000123 | 1 Bottle Pistachio Sauce 900ml (2l  ) - To make 101 l Total Pistachio Sauce | 1 | 11.00 | 11.00 |
| SHIPPING | UPS Ground for Pistachio Sauce - Estimated Delivery Tuesday 2/18 - 2   oxes | 1 | 115.00 | 115.00 |

| TOTAL DUE | $952.00 |
|---|---|



**Aroma Imports**

12668 Arnold

Redford, MI  48239-2637

+12488427452

**BILL TO**

Nerdy Nuts

1231 Oregon St

Rapid City, South Dakota

57701

## INVOICE 5721

**DATE** 01/29/2026

**DUE DATE** 02/28/2026

| ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| AROMA-PST-CRM-3kg | Aroma Imports Turkish Pistachio Butter (3kg x 4). 4,761.98 l   Total Net    eight. | 180 | 262.50 | 47,250.00 |
| DTK-22 | ka Premium Dry Toasted ataifi (11 l   x 2) 22 l   per Case. 1,848 Pounds Total Net    eight. | 84 | 75.00 | 6,300.00 |
| AROMA-PST-CRM-380g | Aroma Imports Turkish Pistachio Butter (383g x 15) - - 12.67 l   per Case. 8,777 Pounds Total Net    eight. Original Price  $10.80/pc   Discounted to Match the Price per Pound of 3kg ($9.92/l  ) | 693 | 162.00 | 112,266.00 |
| Discount | $36.32 Discount per Case. Brings Pound Price to $9.92. Ne   Case Price After Discount $125.68. | 693 | -36.32 | -25,169.76 |
| SHIPPING | 2 Day Transit - Dedicated Truck | 1 | 3,750.00 | 3,750.00 |

| TOTAL DUE | $144,396.24 |
|---|---|



**Aroma Imports**

12668 Arnold

Redford, MI  48239-2637

+12488427452

**BILL TO**

Nerdy Nuts

1231 Oregon St

Rapid City, South Dakota

57701

## INVOICE 5708

**DATE** 01/24/2026

**DUE DATE** 02/24/2026

| ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| AROMA-PST-CRM-3kg | Aroma Imports Turkish Pistachio Butter (3kg x 4) | 132 | 262.50 | 34,650.00 |
| DTK-22 | ka Premium Dry Toasted ataifi (11 l  x 2) 22 l   Total | 84 | 75.00 | 6,300.00 |
| SHIPPING | 2 Day Transit - Dedicated Truck | 1 | 3,500.00 | 3,500.00 |

| TOTAL DUE | $44,450.00 |
|---|---|



**Aroma Imports**

12668 Arnold

Redford, MI  48239-2637

+12488427452

**BILL TO**

Nerdy Nuts

1231 Oregon St

Rapid City, South Dakota

57701

## INVOICE 5706

**DATE** 01/20/2026

**DUE DATE** 02/17/2026

| ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| **AROMA-PST-CRM-3kg** | Aroma Imports Turkish Pistachio Butter (3kg x 4) | 396 | 262.50 | 103,950.00 |
| **DTK-22** | ka Premium Dry Toasted ataifi (11 l  x 2) 22 l   Total | 68 | 75.00 | 5,100.00 |
| **SHIPPING** | 2 Day Transit - Dedicated Truck | 1 | 3,750.00 | 3,750.00 |

| TOTAL DUE | $112,800.00 |
|---|---|



**Aroma Imports**

12668 Arnold

Redford, MI  48239-2637

+12488427452

**BILL TO**

Nerdy Nuts

1231 Oregon St

Rapid City, South Dakota

57701

## INVOICE 5693

**DATE** 01/13/2026

**DUE DATE** 02/13/2026

| ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| KATAYAFI-1 | resh atayifi from Cedar (25l s x 1), 2 Pallets (1250l per pallet, 2500l Total) | 100 | 55.00 | 5,500.00 |
| SHIPPING | Shipped 5/2/25, Delivered 5/6/25. | 1 | 1,750.00 | 1,750.00 |

INVOICED LATE. DELIVERED 5/6/25.

| TOTAL DUE | **$7,250.00** |
|---|---|



**Aroma Imports**

12668 Arnold

Redford, MI  48239-2637

+12488427452

**BILL TO**

Nerdy Nuts

1231 Oregon St

Rapid City, South Dakota

57701

## INVOICE 5692

**DATE** 01/13/2026

**DUE DATE** 02/13/2026

| ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| KATAYAFI-1 | resh atayifi from Cedar (25l s x 1), 2 Pallets (1250l per pallet, 2500l Total) | 100 | 55.00 | 5,500.00 |
| SHIPPING | Shipped 4/4/25 | 1 | 1,750.00 | 1,750.00 |

INVOICED LATE. DELIVERED 4/8/25.

| TOTAL DUE | $7,250.00 |
|---|---|



**Aroma Imports**

12668 Arnold

Redford, MI  48239-2637

+12488427452

## BILL TO

Nerdy Nuts

1231 Oregon St

Rapid City, South Dakota

57701

## INVOICE 5689

**DATE** 01/13/2026

**DUE DATE** 01/27/2026

## SHIP DATE

01/14/2026

| ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| KATAYAFI-1 | Athens Ra    ataifi  4 x 5l (20l  ) 2 Pallets of 40 Cases | 80 | 57.00 | 4,560.00 |
| SHIPPING | 2 Pallets    $620/pallet | 2 | 620.00 | 1,240.00 |

To   e Shipped 1/14/26, To   e Delivered 1/21/26

| TOTAL DUE | $5,800.00 |
|---|---|



**Aroma Imports**

12668 Arnold

Redford, MI  48239-2637

+12488427452

## BILL TO

Nerdy Nuts

1231 Oregon St

Rapid City, South Dakota

57701

## INVOICE 5688

**DATE** 01/13/2026

**DUE DATE** 02/09/2026

### SHIP DATE

01/13/2026

| ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| AROMA-PST-CRM-3kg | Aroma Imports Turkish Pistachio Cream (3kg x 4) | 336 | 262.50 | 88,200.00 |
| SHIPPING | 3 Day Transit via Estes | 1 | 2,250.00 | 2,250.00 |

Shipped 1/13/26

| | |
|---|---|
| PAYMENT | 75,000.00 |
| TOTAL DUE | **$15,450.00** |

# Aroma Imports

| Type | Status | Delivery Method | Date | Customer |
|---|---|---|---|---|
| Invoices | Open | Any | All | All |

| Date | Type | No. | Customer | Balance | Amount | Status |
|---|---|---|---|---|---|---|
| 2/10/26 | Invoice | 5748 | Nerdy Nuts | $952.00 | $952.00 | Overdue on 2/18/26 |
| 1/29/26 | Invoice | 5721 | Nerdy Nuts | $144,396.24 | $144,396.24 | Overdue 52 days |
| 1/24/26 | Invoice | 5708 | Nerdy Nuts | $44,450.00 | $44,450.00 | Overdue 56 days |
| 1/20/26 | Invoice | 5706 | Nerdy Nuts | $112,800.00 | $112,800.00 | Overdue on 2/17/26 |
| 1/13/26 | Invoice | 5693 | Nerdy Nuts | $7,250.00 | $7,250.00 | Overdue on 2/13/26 |
| 1/13/26 | Invoice | 5692 | Nerdy Nuts | $7,250.00 | $7,250.00 | Overdue on 2/13/26 |
| 1/13/26 | Invoice | 5689 | Nerdy Nuts | $5,800.00 | $5,800.00 | Overdue on 1/27/26 |
| 1/13/26 | Invoice | 5688 | Nerdy Nuts | $15,450.00 | $90,450.00 | Overdue on 2/9/26 Partially paid, $15,450.00 due |
| | Total | | | $338,348.24 | $413,348.24 | |

Case 2:26-cv-12059-LVP-EAS   ECF No. 1-1, PageID.66   Filed 06/19/26   Page 63 of 76

# EXHIBIT D



# INVOICE

| | |
|---|---|
| **Invoice #** | 127150675 |
| **PO Number** | |
| **Invoice Date** | 1/22/2026 |
| **Pro Number** | ESTES EXPRESS LINES - 1721626870 |
| **Service Level** | Volume |
| **Paid Date:** | |

**Payable To:**
Knichel Logistics Inc
3000 Westinghouse Dr Suite 401
CRANBERRY TOWNSHIP PA 16066
Tel. (724) 449-3300

**Bill To:**
Aroma Imports Inc
27209 W WARREN ST
DEARBORN HEIGHTS, MI 48127, US

**Shipment Details:**
Shipment Date: 1/13/2026
Customer: Aroma Imports Inc
BOL Number: 127150675
PO Reference:
Shipper Number:
Load Release Number:
Delivered: 1/19/2026 9:14 AM
Delivery Signed By:

**Shipment Origin:**
Aroma Imports Inc
12668 Arnold Street
REDFORD, MI 48239
Contact person: Zach
Phone: (313) 205-4220

**Origin Accessorials**
None

**Shipment Destination:**
Nerdy Nut
3303 Craig St
RAPID CITY, SD 57701
Contact person: Receiving
Phone:

**Destination Accessorials**
None

| Handling Units | Piece Count | Commodity Description | Class | Weight |
|---|---|---|---|---|
| 2 Pallet | 2 | Foodstuff 48x32x43 in | 65 | 2,130 lbs |
| 4 Pallet | 4 | Foodstuff 48x32x75 in | 65 | 7,800 lbs |
| **6** | **6** | **TOTALS** | | **9,930 lbs** |

### Shipment Data Audit

This section compares user entered data at the time of booking to verified data reported by the carrier at time of invoicing. No Change means that the audited values have not been changed.

| | |
|---|---|
| Pricing Changes: | User Generated Rate Quote: $1436.47 Carrier Verified Rate: $1415.00 |
| Accessorial Changes: | ✔ No Changes |
| Weight Changes: | ✔ No Changes |
| Shipping Location Changes: | ✔ No Changes |
| Freight Class Changes: | ✔ No Changes |
| Pricing Change Notes | quoted 1415.00 |

In the last 6 months, your user entered shipment detail has been accurate on 100% of invoices.
In the last 6 months, this carrier has accurately billed 98% of invoices.

| Pricing | | | |
|---|---|---|---|
| **Detail** | **Quantity** | **Rate** | **Total** |
| **Fuel** | 1.00 | $0.00 | $0.00 |
| **Linehaul** | 1.00 | $1,415.00 | $1,415.00 |
| **Total Due** | | | $1,415.00 |
| **Amount Paid** | | | $(0.00) |
| **Balance Due** | | | $1,415.00 |

Shipment Documents
BOL   127150675 - BOL_1721626870.tif
POD   127150675 - POD_1721626870.pdf
Cert

## Surface Transportation Board(STB) Requires payment of freight bills within 30 Days

**Online payments now accepted thru our new portal, please reach out to opservices@knichellogistics.com for details!**
Disputes are to be submitted with backup documentation to opservices@knichellogistics.com within 10 days of receipt.

Thank you for using Knichel Logistics Inc.

| Date: 1/13/2026 | BILL OF LADING | | Page: _____ |
|---|---|---|---|

**SHIP FROM**

Aroma Imports Inc
12668 Arnold Street
REDFORD, MI 48239
Zach-(313) 205-4220
11:00 AM 6:30 PM

Pro number:
Bill of Lading Number: 127150675

**SHIP TO**

Nerdy Nut
3303 Craig St
RAPID CITY, SD 57701
Receiving-
8:00 AM 4:00 PM
Has a forktruck

Carrier Name: ESTES EXPRESS LINES

Quote ID Number: VVYQLTG
SERVICE LEVEL: Volume

Pro number:

**THIRD PARTY FREIGHT CHARGES BILL TO**

Name: Knichel Logistics Inc
Address: 3000 Westinghouse Drive Suite 401
City/State/Zip: Cranberry Township, PA, 16066
Account: 5549373

Freight charge terms: *(freight charges are prepaid unless marked otherwise)*
3rd Party

☐ Master Bill of Lading: with attached underlying Bill
(check of Lading
box)

**CUSTOMER ORDER INFORMATION**

| CUSTOMER PO NUMBER | #PKGS | WEIGHT | | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|
| | 6 | 9,930 lbs | PALLET / SLIP (CIRCLE ONE) | |

**SHIPMENT INFORMATION**

| HANDLING UNIT QTY | TYPE | PACKAGE QTY | TYPE | WEIGHT | H.M. (X) | COMMODITY DESCRIPTION Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(e) of NMFC Item 360 | NMFC# | CLASS# |
|---|---|---|---|---|---|---|---|---|
| 2 | Pallet | 2 | PCS | 2,130 lbs | | Foodstuff 48x32x43in | 73260-10 | 65 |
| 4 | Pallet | 4 | PCS | 7,800 lbs | | Foodstuff 48x32x75in | 73260-10 | 65 |
| 6 | | 6 | | 9,930 lbs | | | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding

COD amount: $_____
Fee terms: Collect ☐ Prepaid ☐
Customer check acceptable: ☐

NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C 14706(c)(1)(A) and (B).

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____
**Shipper Signature**

_____
**SHIPPER SIGNATURE / DATE**
This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulation of the Department of Transportation.

Trailer loaded:
☐ By Shipper
☐ By Driver

Freight Counted:
☐ By Shipper
☐ By Driver/pallets said to contain
☐ By Driver/pieces

Tim Farrelly   1/13/25
**CARRIER SIGNATURE / PICKUP DATE**
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the Department of Transportation emergency response guidebook or equivalent documentation in the vehicle.

Property described above is received in good order, except as noted.



Estes' Copy   Estes Express Lines
172 - 1626870 - 8   YYYYY
04/23
Run # 201
Time Arrived H54
Time Departed 1519
Cubic Ft
Driver # 172-19
# of Pallets 6
Origin Tri # 48372

DELIVERY RECEIPT



P.O. BOX 25612
RICHMOND, VA
23260-5612
(804) 353-1900
www.estes-express.com



1721626870

| | |
|---|---|
| **PRO NUMBER**   1721626870<br>**ORIG:** DET 172  **DEST:** BSD 149<br><br>**CONSIGNEE: 1497777**<br>NERDY NUT<br>3303 CRAIG ST<br>HAS A FORKTRUCK<br>RAPID CITY, SD 57701 | **SHIPPER: 1727777**<br>AROMA IMPORTS INC<br>12668 AMOLD STREET<br>REDFORD, MI 48239<br><br>**BILL CHARGES TO: 5549373**<br>KNICHEL LOGISTICS |

**DELIVERY DETAILS:**

| | |
|---|---|
| **Pickup Date:** | 1/13/2026 |
| **Appointment Start:** | |
| **Appointment End:** | |
| **Driver Arrival Time:** | 11:23 AM |
| **Unload Start Time:** | 11:32 AM |
| **Driver Departure Time:** | 11:37 AM |
| **Delivery Date:** | 1/19/2026 |
| **Driver Name:** | Venable, Brent |
| **Manifest Number:** | 14909075 |

**RECEIVED BY:** Tracy

**ACCESSORIALS:**                                                                    **Fees May Apply**

Shipments taking more than 30 minutes to load/unload may be subject to additional charges. Detention charges are mandated by Estes 105 Rules Tariff which can be found on www.estes-express.com.

**SHIPMENT DETAILS:**                          Total Pieces: 6          Total Weight: 9,930

| PIECES | H/M | TYPE | DESCRIPTION OF ARTICLES AND SPECIAL MARKINGS | WEIGHT/LBS |
|---|---|---|---|---|
| | | | BL-127150675 | |
| | | | PO-NS | |
| 6 | | PT | SAID TO CONTAIN | 0 |
| | | PC | 6 ON SWS | 0 |
| 0 | | PC | FOODSTUFF DIMS : 48X32X43IN2 PC | 2,130 |
| 0 | | PC | FOODSTUFF DIMS : 48X32X75IN4 PC | 7,800 |
| | | | RECEIVING-8:00 AM 4:00 PM | |
| | | | VTL QT# VVYQLTG APPLIED BY MACRO. | |

**DELIVERY STATUS:** Good Order                          **S/W SKIDS Delivered Intact:**

Thanks for shipping ESTES EXPRESS LINES. Call (605) 335-5999  for inquiries regarding this freight bill.

Page 1 of 1

Date: 4/4/2025

**BILL OF LADING**

Page:

### SHIP FROM

Cedar F&B
7403 GATEWAY COURT Loading Dock #4
MANASSAS, VA 20109
Shipping-(703) 349-5020
8:00 AM 3:00 PM

Pro number:
Bill of Lading Number: 122618587

### SHIP TO

Nerdy Nuts
1304 Oregon St Unit 3
RAPID CITY, SD 57701
Layne-(605) 390-6632
8:00 AM 4:00 PM

Carrier Name: ENGLAND LOGISTICS, INC.

Quote ID Number:
SERVICE LEVEL: LTL Reefer Chilled

Pro number:

### THIRD PARTY FREIGHT CHARGES BILL TO

Name: Knichel Logistics Inc
Address: 3000 Westinghouse Dr Suite 401
City/State/Zip: CRANBERRY TOWNSHIP, PA, 16066

Freight charge terms: *(freight charges are prepaid unless marked otherwise)*

**3rd Party**

☐  Master Bill of Lading: with attached underlying Bill
(check   of Lading
box)

### CUSTOMER ORDER INFORMATION

| CUSTOMER PO NUMBER | #PKGS | WEIGHT | PALLET / SLIP (CIRCLE ONE) | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|
|  | 2 | 2,760 lbs |  |  |

### SHIPMENT INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | COMMODITY DESCRIPTION Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(e) of NMFC Item 360 | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | NMFC# | CLASS# |
| | | | | | | | 73260-8 | 70 |
| 2 | Pallet | 2 | PCS | 2,760 lbs | | FoodStuffs (Chilled 34-40 degrees) 48x40x60in | | |
| 2 | | | 2 | 2,760 lbs | | | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding

COD amount: $ _____

Fee terms: Collect ☐ Prepaid ☐
Customer check acceptable: ☐

**NOTE** Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C 14706(c)(1)(A) and (B).

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

**Shipper Signature**

**SHIPPER SIGNATURE / DATE**   04-04-25
This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulation of the Department of Transportation.

Trailer loaded:
☑ By Shipper
☐ By Driver

Freight Counted:
☐ By Shipper
☐ By Driver/pallets said to contain
☐ By Driver/pieces

**CARRIER SIGNATURE / PICKUP DATE**
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the Department of Transportation emergency response guidebook or equivalent documentation in the vehicle.

Property described above is received in good order, except as noted.

Tracy Hance

③



**STRAIGHT BILL OF LADING – NON NEGOTIABLE**
BOL  336546

PRO label here

**Cadence Premier Cargo**
USDOT 1861195    MC 673246
Dry Van

| PICKUP | DELIVERY |
|---|---|
| **Fri, Jan 23** | **Wed, Jan 28** |
| 11:00 AM — 5:30 PM | 8:00 AM — 3:00 PM |
| **Aroma Imports Inc** | **Nerdy Nuts** |
| 12668 Arnold St | 3303 Craig St |
| Redford, MI 48239 USA | Rapid City, SD 57701 USA |
| Zach Mattan (313) 205-4220 | Jay (954) 275-6577 |
| Alternate POC: Malik - (248) 842 7452 | Delivery on MONDAY |
| CRITICAL HANDLING INSTRUCTIONS: | CRITICAL HANDLING INSTRUCTIONS: |
| ***STRAPS Required!! FRAGILE!! Transport with EXTREME care!!*** | ***STRAPS Required!! FRAGILE!! Transport with EXTREME care!!*** |
| ***PICK ON-TIME!!!*** | ***DELIVER ON-TIME!!!*** |

**BILL THIRD PARTY PREPAID TO**
ADAAM Logistics LLC, akhan@adaamlogistics.com
192 E Brearley Dr, Wells Fargo - Routing Number 122105278 & Account Number 1335296057 , Oro Valley, AZ 85737 USA

| Units | Pkg type | HM | Description (said to contain) | Dims | Weight |
|---|---|---|---|---|---|
| 2 | Pallets | | Pistachio cream and Dry toasted shredded phyllo dough | 48" L x 32" W x 75" H | 3,900 lb |
| 1 | Pallet | | Pistachio cream and Dry toasted shredded phyllo dough | 48" L x 32" W x 93" H | 1,055 lb |
| 1 | Pallet | | Pistachio cream and Dry toasted shredded phyllo dough | 48" L x 32" W x 93" H | 1,055 lb |
| 4 | | | | | 6,010 lb |

Freight moving under this Bill of Lading is subject to classifications and tariffs established by the carrier and are available to shipper upon request. This notice supersedes and negates any claimed oral or written contract, promise, representation, or understanding between parties, except to the extent of any written contract signed by both parties to the contract. Any unauthorized alteration or use of this Bill of Lading or the tendering of this shipment to any carrier other than that designated by company, may VOID company's obligations to make any payments relating to this shipment and VOID all rate quotes. All shippers, consignors, consignees, freight forwarders or freight brokers are jointly and severally liable for the freight charges relating to this shipment. Carrier certifies only CARB-compliant equipment will be dispatched on California highways or railways.

| LOAD | TRAILER | SEALS |
|---|---|---|
| | | |

| **Aroma Imports Inc** | **Cadence Premier Cargo** | UNITS RECEIVED |
|---|---|---|
| I hereby declare that the contents of this consignment are fully and accurately described above by the proper shipping name and are classified, packaged, marked and labeled/ placarded and are in all respects in proper condition for transportation according to applicable international and national government regulations. | Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent document in the vehicle. | |

SHIPPER SIGNATURE _____ DATE 1-24-26

DRIVER SIGNATURE _____ DATE

**Nerdy Nuts**   RECEIVED BY (PRINT NAME)

CONSIGNEE SIGNATURE   Tracy DHanvce   DATE 1/26/26

© 2026 QUOTE FACTORY · All product names, logos, brands, trademarks and registered trademarks are property of their respective owners.

Scanned with  CamScanner



**STRAIGHT BILL OF LADING - NON NEGOTIABLE**

BOL 337568

PRO label here

**Xxii Century**
USDOT 2597074 MC 911738
Dry Van

**PICKUP**

**Fri, Jan 30**
11:00 AM — 5:30 PM

**Aroma Imports Inc**
12668 Arnold St
Redford, MI 48239 USA

Zach Mattan (313) 205-4220

Alternate POC: Malik - (248) 842 7452

CRITICAL HANDLING INSTRUCTIONS:

***STRAPS Required!! FRAGILE!! Transport with EXTREME care!!***

***PICK ON-TIME!!!***

**DELIVERY**

**Wed, Feb 4**
8:00 AM — 3:00 PM

**Nerdy Nuts**
3303 Craig St
Rapid City, SD 57701 USA

Jay (954) 275-6577

Delivery on MONDAY

CRITICAL HANDLING INSTRUCTIONS:

***STRAPS Required!! FRAGILE!! Transport with EXTREME care!!***

***DELIVER ON-TIME!!!***

**BILL THIRD PARTY PREPAID TO**
ADAAM Logistics LLC, akhan@adaamlogistics.com
192 E Brearley Dr, Wells Fargo - Routing Number 122105278 & Account Number 1335296057 , Oro Valley, AZ 85737 USA

| Units | Pkg type | HM | Description (said to contain) | Dims | Weight |
|---|---|---|---|---|---|
| 2 | Pallets | | Pistachio cream and Dry toasted shredded phyllo dough | 48" L x 32" W x 75" H | 3,900 lb |
| 1 | Pallet | | Pistachio cream and Dry toasted shredded phyllo dough | 45" L x 42" W x 56" H | 1,430 lb |
| 2 | Pallets | | Pistachio cream and Dry toasted shredded phyllo dough | 48" L x 32" W x 92" H | 2,110 lb |
| 7 | Pallets | | Pistachio cream and Dry toasted shredded phyllo dough | 48" L x 32" W x 66" H | 15,050 lb |
| | | | | | 22,490 lb |
| 12 | | | | | |

Freight moving under this Bill of Lading is subject to classifications and tariffs established by the carrier and are available to shipper upon request. This notice supersedes and negates any claimed oral or written contract, promise, representation, or understanding between parties, except to the extent of any written contract signed by both parties to the contract. Any unauthorized alteration or use of this Bill of Lading or the tendering of this shipment to any carrier other than that designated by company, may VOID company's obligations to make any payments relating to this shipment and VOID all rate quotes. All shippers, consignors, consignees, freight forwarders or freight brokers are jointly and severally liable for the freight charges relating to this shipment. Carrier certifies only CARB-compliant equipment will be dispatched on California highways or railways.

LOAD

TRAILER

SEALS

**Aroma Imports Inc**
I hereby declare that the contents of this consignment are fully and accurately described above by the proper shipping name and are classified, packaged, marked and labeled/ placarded and are in all respects in proper condition for transportation according to applicable international and national government regulations.

SHIPPER SIGNATURE                    DATE    1-30-26

**Nerdy Nuts**          RECEIVED BY (PRINT NAME)

**Xxii Century**
Carrier acknowledges receipt of packages and required placards.
Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent document in the vehicle

DRIVER SIGNATURE                    DATE

UNITS RECEIVED

CONSIGNEE SIGNATURE                    DATE    2/2

© 2026 QUOTE FACTORY · All product names, logos, brands, trademarks and registered trademarks are property of their respective owners

# INVOICE



| | |
|---|---|
| **Invoice #** | 123022407 |
| **PO Number** | |
| **Invoice Date** | 6/4/2025 |
| **Pro Number** | ENGLAND LOGISTICS, INC. - C258960E |
| **Service Level** | LTL Reefer Chilled |
| **Paid Date:** | |

**Payable To:**
Knichel Logistics Inc
3000 Westinghouse Dr Suite 401
CRANBERRY TOWNSHIP PA 16066
Tel. (724) 449-3300

**Bill To:**
Aroma Imports Inc
27209 W WARREN ST
DEARBORN HEIGHTS, MI 48127, US

**Shipment Details:**
Shipment Date: 5/2/2025
Customer: Aroma Imports Inc
BOL Number: 123022407
PO Reference:
Shipper Number:
Load Release Number:
Delivered: 5/6/2025 10:22 AM
Delivery Signed By: Larry Fink

**Shipment Origin:**
Cedar F&B
7403 GATEWAY COURT Loading Dock #4
MANASSAS, VA 20109
Contact person: Shipping
Phone: (703) 349-5020

**Origin Accessorials**
None

**Shipment Destination:**
Nerdy Nuts
1304 Oregon St Unit 3
RAPID CITY, SD 57701
Contact person: Layne
Phone: (605) 390-6632

**Destination Accessorials**
None

| Handling Units | Piece Count | Commodity Description | Class | Weight |
|---|---|---|---|---|
| 2 Pallet | 2 | FoodStuffs (Frozen) 48x40x60 in | 70 | 2,760 lbs |
| **2** | **2** | **TOTALS** | | **2,760 lbs** |

### Shipment Data Audit

This section compares user entered data at the time of booking to verified data reported by the carrier at time of invoicing. No Change means that the audited values have not been changed.

| | |
|---|---|
| Pricing Changes: | ✔ No Changes |
| Accessorial Changes: | ✔ No Changes |
| Weight Changes: | ✔ No Changes |
| Shipping Location Changes: | ✔ No Changes |
| Freight Class Changes: | ✔ No Changes |
| Pricing Change Notes | |

In the last 6 months, your user entered shipment detail has been accurate on 100% of invoices.
In the last 6 months, this carrier has accurately billed 100% of invoices.

| Pricing | | | |
|---|---|---|---|
| **Detail** | **Quantity** | **Rate** | **Total** |
| **Fuel** | 1.00 | $0.00 | $0.00 |
| **Linehaul** | 1.00 | $1,550.00 | $1,550.00 |
| **Total Due** | | | $1,550.00 |
| **Amount Paid** | | | $(0.00) |
| **Balance Due** | | | $1,550.00 |

Shipment Documents

| | |
|---|---|
| BOL | 123022407 - BOL |
| POD | 123022407 - 123022407.pdf |
| Cert | |

## Surface Transportation Board(STB) Requires payment of freight bills within 30 Days

**Online payments now accepted thru our new portal, please reach out to opservices@knichellogistics.com for details!**

Disputes are to be submitted with backup documentation to opservices@knichellogistics.com within 10 days of receipt.

Thank you for using Knichel Logistics Inc.

Evaluation Only.
Created with Aspose.Imaging.
Copyright 2010- 2020 Aspose Pts Ltd.

Top Tier   Seal # 0276790   No 3

## BILL OF LADING

Date: 5/2/2025

Page:

### SHIP FROM

Cedar F&B
7403 GATEWAY COURT Loading Dock #4
MANASSAS, VA 20109
Shipping-(703) 349-5020
8:00 AM 3:00 PM

Pro number:
Bill of Lading Number: 123022407

### SHIP TO

Nerdy Nuts
1304 Oregon St Unit 3
RAPID CITY, SD 57701
Layne-(605) 390-6632
8:00 AM 4:00 PM

Carrier Name: ENGLAND LOGISTICS, INC.

Quote ID Number:
SERVICE LEVEL: LTL Reefer Chilled

Pro number:

### THIRD PARTY FREIGHT CHARGES BILL TO

Name: Knichel Logistics Inc
Address: 3000 Westinghouse Dr Suite 401
City/State/Zip: CRANBERRY TOWNSHIP, PA, 16066

Freight charge terms: *(freight charges are prepaid unless marked otherwise)*

3rd Party

☐ Master Bill of Lading: with attached underlying Bill
(check   of Lading
box)

### CUSTOMER ORDER INFORMATION

| CUSTOMER PO NUMBER | #PKGS | WEIGHT | PALLET / SLIP (CIRCLE ONE) | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|
| | 2 | 2,760 lbs | | |

### SHIPMENT INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | COMMODITY DESCRIPTION Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(e) of NMFC Item 360 | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | NMFC# | CLASS# |
| 2 | Pallet | 2 | PCS | 2,760 lbs | | FoodStuffs (Frozen) 48x40x60in | 73260-8 | 70 |
| 2 | | 2 | | 2,760 lbs | | | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding

COD amount: $_____
Fee terms: Collect ☐ Prepaid ☐
Customer check acceptable: ☐

NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C 14706(c)(1)(A) and (B).

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

**Shipper Signature**

| Trailer loaded: ☑By Shipper ☐By Driver | Freight Counted: ☐By Shipper ☐By Driver/pallets said to contain ☐By Driver/pieces |
|---|---|

**SHIPPER SIGNATURE / DATE**
This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulation of the Department of Transportation.

**CARRIER SIGNATURE / PICKUP DATE**
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the Department of Transportation emergency response guidebook or equivalent documentation in the vehicle.

Property described above is received in good order, except as noted.

Tracy House
6 May 25

Evaluation Only.
Created with Aspose.Imaging.
Copyright 2010- 2020 Aspose Pts Ltd.

Top Tier · Seal # 0276790   No  3

**BILL OF LADING**

Date: 5/2/2025

Page:

### SHIP FROM

Cedar F&B
7403 GATEWAY COURT Loading Dock #4
MANASSAS, VA 20109
Shipping-(703) 349-5020
8:00 AM 3:00 PM

Pro number:
**Bill of Lading Number: 123022407**

### SHIP TO

Nerdy Nuts
1304 Oregon St Unit 3
RAPID CITY, SD 57701
Layne-(605) 390-6632
8:00 AM 4:00 PM

**Carrier Name: ENGLAND LOGISTICS, INC.**

**Quote ID Number:**
**SERVICE LEVEL: LTL Reefer Chilled**

**Pro number:**

### THIRD PARTY FREIGHT CHARGES BILL TO

Name: Knichel Logistics Inc
Address: 3000 Westinghouse Dr Suite 401
City/State/Zip: CRANBERRY TOWNSHIP, PA, 16066

**Freight charge terms:** *(freight charges are prepaid unless marked otherwise)*
**3rd Party**

☐ Master Bill of Lading: with attached underlying Bill
(check of Lading
box)

### CUSTOMER ORDER INFORMATION

| CUSTOMER PO NUMBER | #PKGS | WEIGHT | | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|
| | 2 | 2,760 lbs | PALLET / SLIP (CIRCLE ONE) | |

### SHIPMENT INFORMATION

| HANDLING UNIT QTY | TYPE | PACKAGE QTY | TYPE | WEIGHT | H.M. (X) | COMMODITY DESCRIPTION Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(e) of NMFC Item 360 | NMFC# | CLASS# |
|---|---|---|---|---|---|---|---|---|
| 2 | Pallet | 2 | PCS | 2,760 lbs | | FoodStuffs (Frozen) 48x40x60in | 73260-8 | 70 |
| 2 | | 2 | | 2,760 lbs | | | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding

COD amount: $
Fee terms: Collect ☐ Prepaid ☐
Customer check acceptable: ☐

**NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C 14706(c)(1)(A) and (B).**

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

**Shipper Signature**

**SHIPPER SIGNATURE / DATE**
This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulation of the Department of Transportation.

Trailer loaded:
☑By Shipper
☐By Driver

Freight Counted:
☐By Shipper
☐By Driver/pallets said to contain
☐By Driver/pieces

**CARRIER SIGNATURE / PICKUP DATE**
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the Department of Transportation emergency response guidebook or equivalent documentation in the vehicle.

Property described above is received in good order, except as noted.

Tracy Houck
6 May 25



## Proof of Delivery

Dear Customer,
This notice serves as proof of delivery for the shipment listed below.

**Tracking Number**
1ZK4124E0336231698

**Service**
UPS Ground

**Delivered On**
02/17/2026 11:19 A.M.

**Delivered To**
RAPID CITY, SD, US

**Shipped / Billed On**
02/12/2026

**Received By**
PAT

**Delivery Location**
Dock

Sincerely,
UPS

Tracking results provided by UPS as of 04/21/2026 3:10 P.M. EST



## Proof of Delivery

Dear Customer,
This notice serves as proof of delivery for the shipment listed below.

**Tracking Number**
1ZK4124E0325303087

**Service**
UPS Ground

**Delivered On**
02/17/2026 11:19 A.M.

**Delivered To**
RAPID CITY, SD, US

**Shipped / Billed On**
02/12/2026

**Received By**
PAT

**Delivery Location**
Dock

Sincerely,
UPS

Tracking results provided by UPS as of 04/21/2026 3:11 P.M. EST

**STATE OF MICHIGAN**
**IN THE 3ʳᵈ CIRCUIT COURT**
**COUNTY OF WAYNE**
**CIVIL DIVISION**

**AROMA IMPORTS, INC.,**
        Plaintiff,

**-v-**                                                    **Case No. 26-      -CB**
                                                            **Hon.**

**NERDY NUTS, LLC,**
**a foreign limited liability company,**
        Defendant.

---

**DETROIT LEGAL GROUP, PLLC**
Ryan E. Hill (P68445)
*Attorney for Plaintiff*
26700 Lahser Road, Suite 330
Southfield, MI 48033
(313) 962-4954
rhill@detroitlegalgroup.com

---

## PLAINTIFF'S JURY DEMAND

Plaintiff, Aroma Imports, Inc., by and through its attorneys, DETROIT LEGAL GROUP,

PLLC, hereby demands trial by jury on all issues so triable.

                                        Respectfully submitted,

Dated: May 13, 2026                      */s/ Ryan E. Hill*

                                        _____
                                        DETROIT LEGAL GROUP, PLLC
                                        Ryan E. Hill (P68445)
                                        *Attorney for Plaintiff*
                                        26700 Lahser Road, Suite 330
                                        Southfield, MI 48033
                                        (313) 962-4954